# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **433-2020-02345** |
| | | and EEOC |

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| **MS. SONYA CALLOWAY-.DURHAM** | **(919) 260-3509** | **1968** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2741 CLIFTON AVENUE, CREEDMOOR, NC 27522** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **N. C., DEPARTMENT OF JUSTICE** | **501+** | **(919) 716-6400** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P. O. BOX 629, RALEIGH, NC 27602** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☒ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **06-17-2020**  Latest: **06-17-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**I. I am a dark-skinned Black-female. I have been employed by the above-named employer for about 7 years in an Attorney IV position.**

**II. On June 17, 2020, I was denied a promotion from an Attorney IV position to a Department of Public Safety Section Head/Attorney Manager II position.**

**III. I was told by my employer that I was not promoted to the Department of Public Safety Section Head/ Attorney Manager II position in question because a more qualified Caucasian-male-coworker, Mr. Jamie Trachtman, who had work experience in a large law firm and was recommended by the Black-female predecessor, was selected.**

**While Mr. Jamie Trachtman and I became licensed attorneys in August 1995, he has much less directly related work experience in doing the work for which the supervisor job pertained. Mr. Jamie Trachtman was hired in September 2019 while I began working in the**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Sonya Calloway-.durham on 10-20-2020 06:59 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 433-2020-02345 |
| | | and EEOC |

*State or local Agency, if any*

section in April 2018 as an Attorney IV. He was classified as an Attorney III.

Mr. Jamie Trachtman relies on me heavily for the areas of law required by the job for which he has little or no experience. I also handle a case load about which neither Jamie nor others in the section have knowledge or experience. When the Black female predecessor was asked about recommendations, she was not asked directly about me, nor did she know I had applied for the job. In other words, she did not refuse to recommend me for the position. It is rare for Black people, male or female, to get jobs as lawyers in large firms. I believe that hiring someone based on experience in a large firm means not hiring Black people.

The official job requirements do not mention large law firm experience, and I would imagine that would subject them to a lawsuit. Currently, all of the supervisors in the Division/Bureau are white males. The only qualifications preferred on the application that I do not have are class action and wrongful death experience. However, I have handled and am currently handling, cases with multiple parties that simply were not designated as class actions, but could have been. I handled personal injury claims for more than a decade, and have handled numerous areas of law involving deaths and liability, ranging from juvenile abuse cases, death penalty litigation, and OSHA fatalities.

I am currently representing our client on a large OSHA fatality case with numerous deaths. Jamie and I have both operated or own solo practices, and supervised others in that capacity.

IV. I believe that I was discriminated against because of my race, Black/dark skinned, and my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as Amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Sonya Calloway-.durham on 10-20-2020 06:59 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.