IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:21-CV-00371-BO

SONYA CALLOWAY-DURHAM,

    Plaintiff,

v.

N.C. DEPARTMENT OF JUSTICE, JOSHUA H. STEIN, in his individual and official capacity as Attorney General, LESLIE COOLEY DISMUKES, in her individual and official capacity as Criminal Bureau Chief, SHANNON CASSELL, in her individual and official capacity as former Civil Bureau Chief, and ALANA DANIELLE MARQUIS ELDER, in her individual and official capacity as Senior Deputy Attorney General,

    Defendants.

## ORDER GRANTING CONSENT MOTION TO CONTINUE HEARING

For good cause shown, the hearing on Defendants' Motion to Dismiss for Failure to State a Claim is GRANTED. The hearing is continued from 12 July 2022 to _August Term_.

This the 6 day of July, 2022.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge