IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-371-BO

| | | |
|---|---|---|
| SONYA CALLOWAY-DURHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| N.C. DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's motion to amend the scheduling order to extend the discovery and dispositive motions deadlines for forty-five days after the court rules on Plaintiff's pending Rule 54(b) motion, Defendants' motion for protective order, and Plaintiff's yet-to-be filed motion to compel.[1] [DE-70]. Defendants oppose a general extension of the discovery period for all purposes and ask the court to limit discovery to only that allowed by the ruling on the pending discovery motions. [DE-71].

Having considered the arguments of the parties, the court agrees that a general extension of the August, 15, 2023 discovery deadline for any purpose is not warranted given that the parties have had nine months to complete discovery. To the extent the court's rulings on the parties' unresolved motions warrant further discovery, it will be addressed in the order on those motions. The court does find good cause to extend the dispositive motions deadline in order to allow the

---

[1] Counsel are reminded of their obligation to confer in a good faith attempt to resolve any discovery dispute prior to filing a discovery motion. Local Civ. R. 7.1(c)(2), E.D.N.C. The good faith communication requirement is not merely technical but promotes the orderly resolution of discovery disputes. *Lloyd v. New Hanover Reg'l Med. Ctr.*, No. 7:06-CV-130-D, 2009 WL 674394, at *1 (E.D.N.C. Mar. 11, 2009). This obligation is not satisfied by an exchange of written correspondence; rather, counsel should at a minimum conduct a telephone conference in an attempt to resolve any dispute prior to filing a discovery motion.

discovery motions to be resolved. Accordingly, the motion to amend the scheduling order is allowed in part and denied in part, and the deadline to file dispositive motions is stayed pending ruling on the parties' discovery motions.

SO ORDERED, the 10 day of August, 2023.

_____
Robert B. Jones, Jr.
United States Magistrate Judge