EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-00371-BO

| | |
|---|---|
| SONYA CALLOWAY-DURHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| N.C. DEPARTMENT OF JUSTICE, | ) |
| JOSHUA H. STEIN, in his individual | ) |
| and official capacity as Attorney | ) |
| General, LESLIE COOLEY | ) |
| DISMUKES, in her individual and | ) |
| official capacity as Criminal Bureau | ) |
| Chief, SHANNON CASSELL, in her | ) |
| individual and official capacity as | ) |
| former Civil Bureau Chief, and ALANA | ) |
| DANIELLE MARQUIS ELDER, in her | ) |
| individual and official capacity as | ) |
| Senior Deputy Attorney General, | ) |
| | ) |
| Defendants. | ) |

**INDEX OF EXHIBITS**

1. Index of Exhibits

2. Transcript of Rule 30(b)(6) Deposition of Defendant North Carolina Department of Justice Designee Leslie Dismukes, 18 March 2024

    A. NCDOJ 1A – Defendant North Carolina Department of Justice Designees for Modified Deposition Topics Pursuant to the Court's Order dated 20 February 2024

    B. Exhibit 1 to 18 March 2024 deposition of Leslie Dismukes, Responses of Leslie Cooley Dismukes to Plaintiff's First Set of Interrogatories

C.     Exhibit 2 to 18 March 2024 deposition of Leslie Dismukes, Responses of Leslie Cooley Dismukes to Plaintiff's First Set of Requests for Production of Documents

D.     Exhibit 3 to 18 March 2024 deposition of Leslie Dismukes, 15 March 2024 email about supplemental discovery

E.     Exhibit 4 to 18 March 2024 deposition of Leslie Dismukes, screenshot of ShareFile page for NCDOJ supplemental production download

F.     Exhibit 5 to 18 March 2024 deposition of Leslie Dismukes, screenshot of ShareFile page for NCDOJ supplemental production download

G.     Exhibit 6 to 18 March 2024 deposition of Leslie Dismukes, screenshot of ShareFile page for NCDOJ supplemental production download

H.     Exhibit 7 to 18 March 2024 deposition of Leslie Dismukes, 17 March 2024 email about supplemental discovery

I.     Exhibit 8 to 18 March 2024 deposition of Leslie Dismukes, Defendant North Carolina Department of Justice's Document Production Categorization by Discovery Request

J.     Exhibit 9 to 18 March 2024 deposition of Leslie Dismukes, screenshot of ShareFile page for NCDOJ supplemental document production

K.     Exhibit 10 to 18 March 2024 deposition of Leslie Dismukes, screenshots of downloaded NCDOJ supplemental document productions