EXHIBIT 2

**In the Matter Of:**

SONYA CALLOWAY-DURHAM

V.

N.C. DEPARTMENT OF JUSTICE, et al.

---

**LESLIE DISMUKES**

*March 18, 2024*

---

LEGAL | MEDIA | EXPERTS

1           UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2             WESTERN DIVISION
       Civil Action No. 5:21-cv-000371-BO
3

4   SONYA CALLOWAY-DURHAM,     )
                       )
5         PLAINTIFF,    )
                       )
6   V.                 )
                       )
7   N.C. DEPARTMENT OF JUSTICE, )
   et al.,             )
8                    )
         DEFENDANTS.   )
9

10         Raleigh, North Carolina
         Monday, March 18, 2024
11

12
   30(B)(6) DEPOSITION OF N.C. DEPARTMENT OF JUSTICE
13         BY LESLIE DISMUKES,

14

15         a witness herein, called for

16   examination by counsel for the

17   Plaintiff, in the above-entitled action,

18   pursuant to agreement, the witness being

19   duly sworn by Debbie Rodgers, Court

20   Reporter and Notary Public in and for

21   the State of North Carolina, taken at

22   701 Corporate Center Drive, Suite 450,

23   Huddle Room, Raleigh, North Carolina,

24   beginning at 1:58 p.m.

25

Case 5:21-cv-00371-BO   Document 94-2   Filed 04/02/24   Page 2 of 52

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                              30(b)(6)
Page 2

```
 1                 APPEARANCES OF COUNSEL

 2
      On behalf of the Plaintiff:
 3

 4            Valerie L. Bateman
              New South Law Firm
 5            209 Lloyd Street, Suite 350
              Carrboro, NC 27510
 6            valerie@newsouthlawfirm.com

 7
      On behalf of the Defendants:
 8

 9            Shannon R. Joseph
              Morningstar Law Group
10            421 Fayetteville Street
              Suite 530
11            Raleigh, North Carolina 27601
              sjoseph@morningstarlawgroup.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 3

```
 1            INDEX TO EXAMINATIONS AND EXHIBITS

 2
       Examination                         Page
 3

 4         Direct by Ms. Bateman            4
           Cross by Ms. Joseph             26
 5         Redirect by Ms. Bateman         37
           Recross by Ms. Joseph           39
 6

 7
                          *  *  *
 8

 9     Dismukes Exhibit                    Page

10     No. 1                                6
       No. 2                                7
11     No. 3                                8
       No. 4                               14
12     No. 5                               19
       No. 6                               20
13     No. 7                               21
       No. 8                               22
14     No. 9                               23
       No. 10                              24
15

16

17

18

19

20

21

22

23

24

25
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)
Page 4

```
 1                    P R O C E E D I N G S

 2                    THE COURT REPORTER:  Would you

 3      please raise your right hand.  Do you

 4      affirm to tell the truth, the whole

 5      truth, and nothing but the truth?

 6                    THE WITNESS:  I do.

 7                    THE COURT REPORTER:  Thank you.

 8      On the record at 1:58.

 9                        LESLIE DISMUKES,

10                    having been duly sworn,

11                     testified as follows:

12                    DIRECT EXAMINATION

13      BY MS. BATEMAN:

14  Q. Okay.  Ms. Dismukes, thanks for being

15      back with me.

16  A. Sure.

17  Q. Today you have been designated for topic

18      7, 11, 16, and 17.

19                    MS. JOSEPH:  Wait.

20  Q. 7 and 8 -- I mean, yeah.  7 -- No, 11 --

21                    MS. JOSEPH:  7 --

22                    MS. BATEMAN:  7, 16 --

23                    MS. JOSEPH:  7, 11, and 17.  Do

24      you have the chart that was marked, I

25      think, as DOJ 1A?
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)
Page 5

1            MS. BATEMAN:  Yeah, I don't --

2      I've got -- yeah.  I missed -- sorry.

3      Danielle Elder.  Sorry about that.

4            MS. JOSEPH:  So we agree 7, 11,

5      17?

6            MS. BATEMAN:  Yeah.

7            MS. JOSEPH:  Okay.

8            MS. BATEMAN:  Yeah.

9            MS. JOSEPH:  Okay.  Onward.

10            MS. BATEMAN:  Okay.  All right.

11      Yes.  So let's go back over that again

12      then.  Let's say 7, 16 --

13            MS. JOSEPH:  No.

14            MS. BATEMAN:  No.  7, 11, and

15      17.

16            MS. JOSEPH:  Correct.

17            MS. BATEMAN:  Okay.

18      BY MS. BATEMAN:

19   Q. So you are aware -- or let me ask you:

20      Are you aware that Plaintiff served

21      discovery requests on all of Defendants,

22      including NCDOJ, prior to noticing

23      30(b)(6) depositions?

24   A. I'm generally aware that you served

25      discovery requests on DOJ.

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 6

1    Q. Okay.  I'm going to show you what we're

2       going to mark Dismukes Deposition

3       Exhibit 1.

4          (DISMUKES EXHIBIT NUMBER 1 WAS MARKED.)

5              MS. JOSEPH:  These are her

6       individual responses; is that right?

7              MS. BATEMAN:  Pardon me?

8              MS. JOSEPH:  These are her

9       individual responses?

10             MS. BATEMAN:  These are the

11      individual ones -- or that's actually

12      Ms. Dismukes' responses to the

13      individual interrogatories.

14      BY MS. BATEMAN:

15   Q. Do you -- Do you -- Just look at that

16      document and tell me if you identify it

17      -- if you can identify it.

18             MS. JOSEPH:  As I said, just

19      let us know what topic you're starting

20      with.

21             MS. BATEMAN:  Okay.

22   A. Okay.

23   Q. Okay.  Do you recognize that document?

24   A. I do.  I do.

25   Q. Okay.  And I don't think the

Page 7

1     verification is attached, but do you

2     remember verifying your responses to

3     those interrogatories?

4  A. I do remember verifying my responses.

5  Q. Okay.  Let me show you what we're going

6     to mark Dismukes Exhibit Number 2.

7        (DISMUKES EXHIBIT NUMBER 2 WAS MARKED.)

8  Q. And ask if you'll review this, as well.

9  A. And, again, I do recognize this.

10 Q. Okay.  So you're aware that documents

11    were turned over by your attorneys in

12    response to the individual request for

13    production?

14 A. I'm generally aware that we've turned

15    over documents.  Can you be a little

16    more specific about which documents --

17 Q. Well, let me finish with my question.

18 A. Okay.  Sure.

19 Q. Let me go back and start that question

20    over.

21           Does your general awareness of

22    the fact that documents were turned over

23    include your awareness that documents

24    have been produced -- additional

25    documents were produced last Friday and

Page 8

```
 1      then on Sunday?
 2   A. I am aware of the documents produced on
 3      Friday and on Sunday.
 4   Q. Okay.  And let me show you what we're
 5      going to mark...
 6         (DISMUKES EXHIBIT NUMBER 3 WAS MARKED.)
 7   Q. All right.  Let me ask you if you have
 8      seen --
 9            MS. JOSEPH:  And this is marked
10      Dismukes 3?
11            MS. BATEMAN:  Pardon me?
12            MS. JOSEPH:  Dismukes 3?
13            MS. BATEMAN:  Yes, Dismukes 3.
14      I'm sorry.
15      BY MS. BATEMAN:
16   Q. -- if you have seen this email?
17            MS. JOSEPH:  Again, not sure
18      what topic this is.  Is it 7, 11, or 17?
19      I'm not going to instruct her not to
20      answer, but just -- see that -- not sure
21      where we are.
22            MS. BATEMAN:  Well, I'm trying
23      to establish the extent to which she's
24      prepared --
25            MS. JOSEPH:  Okay.
```

Page 9

1                    MS. BATEMAN:  -- for this

2          deposition.

3    A. I have not seen this email.

4          BY MS. BATEMAN:

5    Q. You have not seen this email.  So have

6          you reviewed the -- well, let me show

7          you what's attached to it, as well.  You

8          see those two pages attached to it?

9                    Have you looked at the

10         documents that were produced on Friday?

11                   MS. JOSEPH:  Objection to form.

12   A. I'm not sure that I can relate what I

13         have looked at to whatever purports to

14         be these file paths, if that makes

15         sense.  I -- If you have a document, I

16         could tell you, but this is hard to tell

17         from.

18   Q. That's okay.  Do you -- Do you -- You

19         can't tell me whether you reviewed these

20         documents?

21                   MS. JOSEPH:  Objection.  I

22         don't think she knows what "these

23         documents" are, based on the exhibit.

24                   THE WITNESS:  That's correct.

25   Q. Well, they're -- they're documents with

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

                                                                 Page 10

1          Bates numbers, as indicated.

2   A. I have not memorized any Bates numbers.

3      If you have a --

4   Q. Okay.

5   A. -- specific document, I could tell you

6      if I've reviewed it.

7   Q. Were these productions sent to you

8      before they were sent to me to review?

9              MS. JOSEPH:  Objection.  What

10     was sent to her -- if -- Objection to

11     the extent that that calls for

12     communication between counsel and

13     Ms. Dismukes.  I -- I think you're

14     entitled to ask her about what she

15     examined and what she looked at to

16     prepare and to establish that she's

17     prepared, but asking her to relate it to

18     these printouts showing file tabs

19     without the documents, I -- I don't

20     think is -- gets at that.

21     BY MS. BATEMAN:

22  Q. Okay.  So my question is -- and this is

23     just a yes or no question -- have you

24     reviewed the documents that were

25     produced on Friday?

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 11

```
 1   A. I believe so.

 2   Q. Okay.  And would you have done that on

 3      Friday or sometime over the weekend?

 4   A. It's hard for me to know which documents

 5      you're talking about.  I have reviewed

 6      documents in preparation for the

 7      document production I helped to gather,

 8      and I have also reviewed documents over

 9      the weekend in preparation for my

10      deposition, but --

11   Q. And you --

12   A. -- without knowing what you're referring

13      to, I didn't memorize Bates numbers, and

14      so I also, not having seen the

15      transmittal email, can't connect them

16      unless you have a particular document

17      you want to ask me about.

18   Q. Okay.  Well, Will Graebe works for the

19      Morningstar Law Group; correct?

20   A. That's my understanding.

21   Q. And he's part of the team that's

22      representing you; correct?

23   A. That's my understanding.

24   Q. And he sent this email on Friday on your

25      behalf; correct?
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024

30(b)(6)

Page 12

1                    MS. JOSEPH:  Objection.

2   A. I wouldn't say it was on my behalf.  It

3      appears that Will sent this email to you

4      on Friday.

5   Q. And produced these documents?

6   A. It appears that there are attachments to

7      the email that Will sent you on Friday.

8   Q. Okay.  All right.  So if you look at the

9      -- look at the body of this email, it

10     refers to NCDOJ 15, NCDOJ 16, and NCDOJ

11     17.  Do you see that?

12  A. I do see that.

13  Q. Okay.  I'm going to show you a document

14     we're going to mark as -- actually, I'm

15     going to get you to look at the second

16     page of this attached email.  And do you

17     see that at the top, it says NCDOJ 15?

18  A. I do see that.

19  Q. Okay.  And --

20                   MS. JOSEPH:  May I ask what

21     this is?

22                   MS. BATEMAN:  Well, it's NCDOJ

23     15.

24                   MS. JOSEPH:  So is it a

25     screenshot of the ShareFile that was --

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 13

1              MS. BATEMAN:  It's a screenshot

2     of the ShareFile.

3              MS. JOSEPH:  Okay.  So it is a

4     screenshot?

5              MS. BATEMAN:  Yeah.

6              MS. JOSEPH:  Okay.  Thanks.

7     BY MS. BATEMAN:

8  Q. And, actually, let's just detach that

9     email from these pages because I want

10    you to look at something.

11             MS. JOSEPH:  Are we going to

12    mark that separately?

13             MS. BATEMAN:  Yeah.  We're

14    going to just mark the email as --

15             MS. JOSEPH:  Well, that one's

16    already marked as Dismukes 3.

17             MS. BATEMAN:  Yeah.  Okay.

18    Mark the second one as Dismukes Exhibit

19    4.

20             MS. JOSEPH:  So this is --

21             MS. BATEMAN:  So I think we've

22    got -- can we just -- can we just trade

23    the first pages?  Can you just tear your

24    first page off?

25             MS. JOSEPH:  Sorry, second --

Page 14

```
 1                 MS. BATEMAN:  -- and give me
 2      that one?
 3                 MS. JOSEPH:  -- page is the
 4      first file page?
 5                 MS. BATEMAN:  Yeah.
 6                 MS. JOSEPH:  Okay.  Dismukes 4
 7      is the -- is the NCDOJ 15 page --
 8                 MS. BATEMAN:  Yes.
 9                 MS. JOSEPH:  -- only?
10                 MS. BATEMAN:  Yeah.
11                 MS. JOSEPH:  Okay.
12                 MS. BATEMAN:  Yeah.
13          (DISMUKES EXHIBIT NUMBER 4 WAS MARKED.)
14      BY MS. BATEMAN:
15   Q. Okay.  And that has -- look at the third
16      page of it.
17                 MS. JOSEPH:  Just so I'm clear.
18                 MS. BATEMAN:  Okay.
19                 MS. JOSEPH:  She -- She has
20      only one page in Dismukes 4.  You said
21      look at the third page.
22                 MS. BATEMAN:  The two other
23      pages that were with that are going to
24      be the second and third pages.
25                 MS. JOSEPH:  Right.  But are
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 15

1       they marked separately?

2                   MS. BATEMAN:  It's Dismukes 4.

3                   MS. JOSEPH:  Okay.  Okay.  So

4                   MS. BATEMAN:  Dismukes 4 is

5       three pages.

6                   MS. JOSEPH:  Understood.  Okay.

7       And each of them is a screenshot from

8       the ShareFile?

9                   MS. BATEMAN:  Yes.

10      BY MS. BATEMAN:

11   Q. And do you see that there are -- if you

12      look on page 3, it looks like there are

13      13 documents listed.

14                  MS. JOSEPH:  Of Dismukes 4?

15      Well, objection to form.

16                  MS. BATEMAN:  Pardon me?

17                  MS. JOSEPH:  Objection to form.

18      BY MS. BATEMAN:

19   Q. Do you see -- Do you see --

20                  MS. JOSEPH:  I'm -- I'm

21      sorry --

22   Q. -- 13 documents listed?

23                  MS. JOSEPH:  There appear to be

24      13 different documents based on the

25      Adobe symbol beside the documents.

Page 16

```
 1                    MS. BATEMAN:  Okay.

 2         BY MS. BATEMAN:

 3    Q. And the numbers are -- I wouldn't want

 4         to call them more or less random,

 5         they're arranged chronologically.  Do

 6         you see that they're arranged

 7         chronologically?

 8                    MS. JOSEPH:  Objection to form.

 9    A. If I could just have a minute.  They

10         appear to be chronological.

11    Q. I'm sorry?

12    A. They appear to be in numeric order --

13    Q. Okay.

14    A. -- perhaps chronological.

15    Q. Okay.  Now, let's look at the first two

16         pages.  We're just going to go back and

17         forth and compare and make sure that

18         every one of those documents on page 3

19         also appears on page 1 and 2.

20                    MS. JOSEPH:  Objection.  She

21         said she hadn't seen this, and I'm not

22         sure which topic this is.

23                    MS. BATEMAN:  Well, it's --

24         it's relating to all the topics, because

25         it's relating to documents that are
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

                                                                Page 17

1   relating to those topics.

2            MS. JOSEPH:  These aren't the

3   documents.  This is a screenshot of

4   files.  Without disclosing what the

5   document is, it simply is a Bates

6   number.

7            MS. BATEMAN:  Well, that's how

8   you identified it.  I can't help how you

9   have identified it.  That's -- That's

10  all that was sent to me.  So are you

11  going -- Are you just going to instruct

12  her not to answer the question?

13           MS. JOSEPH:  So --

14           MS. BATEMAN:  I want to know if

15  she sees what I see on here.

16           MS. JOSEPH:  It's a screenshot.

17  So when you have a native document, you

18  click on each file; right?

19           MS. BATEMAN:  Right.

20           MS. JOSEPH:  Okay.  The -- The

21  files that are behind these icons are

22  not visible or available, so -- I'm not

23  going to instruct her not to answer you.

24  I don't think this is within the topic,

25  but I'm not going to instruct her not to

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

                                                                  Page 18

 1      answer.  So --

 2                MS. BATEMAN:  Okay.

 3      BY MS. BATEMAN:

 4   Q. Do you see that there's a NCDOJ 06515 on

 5      page 1 of Dismukes 4?

 6   A. I see that on page 1.

 7   Q. And also on page 3?

 8   A. I see it on page 3.

 9   Q. Okay.  We go to the second document on

10      page 3, it's 6537.

11   A. It appears to be.

12   Q. Do you see that document on this group

13      of screenshots?

14   A. Yes.

15   Q. You do?

16   A. I do.

17   Q. Okay.  Is it the fourth one down on the

18      first page?

19   A. It is.

20   Q. Okay.  What about document 6572?

21   A. I see it.

22   Q. And where is it?

23   A. It's the third document down on page 1

24      of Dismukes 4.

25   Q. Okay.  And what about 6601?

```
 1                 MS. JOSEPH:  Okay.  I am going
 2       to instruct her not to answer.  She has
 3       -- This is not the topic.  You're having
 4       her play a matching game.  If you would
 5       like to ask her about the actual
 6       documents, please do.
 7       BY MS. BATEMAN:
 8    Q. Well, do you know what document 6601 is?
 9    A. Without clicking on the icon --
10    Q. Uh-huh.
11    A. -- that's unavailable to me, I can't
12       tell you.
13    Q. Okay.  Do you know if you reviewed this
14       set of documents before today?
15    A. Without seeing the documents, I can't
16       tell you.
17    Q. Okay.  So let's look at what we're going
18       to mark Dismukes Number 5.
19                 (DISMUKES NUMBER 5 WAS MARKED.)
20                 MS. JOSEPH:  Valerie, did you
21       have trouble accessing the documents?
22                 MS. BATEMAN:  Pardon me?
23                 MS. JOSEPH:  Did you have
24       trouble accessing the documents?
25                 MS. BATEMAN:  Let's continue
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                30(b)(6)

Page 20

 1      with the deposition.

 2      BY MS. BATEMAN:

 3   Q. Do you see these two pages?

 4   A. I do.

 5   Q. And have you reviewed NCDOJ016, the zip

 6      file that contains these files --

 7   A. Without --

 8   Q. -- in preparation for your deposition?

 9   A. Without seeing the underlying documents,

10      I cannot tell you.  I did not memorize

11      the Bates stamps --

12   Q. Okay.

13   A. -- of what I reviewed.

14   Q. Let's mark this Number 6.

15        (DISMUKES EXHIBIT NUMBER 6 WAS MARKED.)

16   Q. Do you see this document has

17      NCDOJ017.zip at the top of it?

18   A. On page 1, I see that at the top.

19   Q. Yes.  And it consists -- this document

20      consists of five pages.  Do you see

21      that?

22   A. I do.

23   Q. Okay.  And it lists a series of

24      documents, and I'm going to assume when

25      I ask you -- well, I'm just going to ask

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)
Page 21

1      you, again.

2              Did you review these documents

3      in preparation for the deposition today?

4  A. I reviewed documents in preparation for

5      the deposition today, but I cannot tell

6      you if they are these documents because

7      I did not memorize the Bates stamp

8      numbers.

9  Q. Okay.  All right.  Let's -- I'm going to

10     show you what we've marked as Dismukes

11     Number 7.

12         (DISMUKES EXHIBIT NUMBER 7 WAS MARKED.)

13 Q. You stated earlier that you were

14     generally aware that documents had been

15     produced on the 15th and 17th.

16             Have you seen this email

17     before, the one dated the 17th producing

18     additional documents?

19 A. I have not seen the email.

20 Q. All right.  In the email, do you see

21     that there's an attachment to it?  It

22     says "Defendant North Carolina

23     Department of Justice Document

24     Production Chart"?

25 A. So looking at Dismuke 7, up in the

Page 22

```
 1      header where it says "Attachments,"

 2      there actually appear to be several

 3      attachments.

 4  Q.  Okay.  We're going to mark this

 5      attachment Exhibit 8.

 6         (DISMUKES EXHIBIT NUMBER 8 WAS MARKED.)

 7  Q.  Have you seen this document before?

 8  A.  Can I have just a minute?

 9  Q.  Pardon me?

10  A.  Can I have just a minute to look?

11  Q.  Oh, yeah, yeah, yeah.  Sorry.

12  A.  Thank you.

13            MS. JOSEPH:  Again, I think

14      this is outside the scope.  I'm not

15      going to instruct her not to answer, but

16      I don't think this is topics 7, 11, or

17      17.

18            MS. BATEMAN:  Actually, I think

19      this document -- well, we should have

20      emails stuck --

21            MS. JOSEPH:  I'm sorry?

22            MS. BATEMAN:  I think there are

23      emails stuck at the end of it --

24            MS. JOSEPH:  No, not on here.

25            MS. BATEMAN:  Not on yours?
```

Page 23

1                    MS. JOSEPH:  It's not on mine.

2                    MS. BATEMAN:  Okay.  Great.

3                    MS. JOSEPH:  Leslie?

4                    THE WITNESS:  No.

5                    MS. BATEMAN:  Great.

6    A. Okay, I'm finished.

7       BY MS. BATEMAN:

8    Q. Have you seen this document before?

9    A. I have not.

10   Q. So you did not review it in preparation

11      for your testimony today?

12   A. I did not review a summary chart of the

13      Bates numbers.  I did not.

14   Q. Okay.  Do you see that in that email it

15      -- it refers to a ShareFile link?

16   A. I'm sorry, I don't have an email.

17   Q. In Dismukes Number 7.

18   A. In Dismukes 7, there appears to be a

19      ShareFile link.

20   Q. Okay.  We are going to mark this Exhibit

21      9.

22        (DISMUKES EXHIBIT NUMBER 9 WAS MARKED.)

23   Q. This appears to have four folders on it.

24      Do you see that?

25                   MS. JOSEPH:  Objection.

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 24

1    Q. Do you see the four folders?

2    A. I see that there are four boxes.

3    Q. Okay.  So there's 15, 16, and 17, which

4       we've already talked about.  And then

5       there's one that just says "Defendant

6       North Caroli..." and it's an incomplete

7       title in there.  Do you see that?

8    A. I do see that.

9    Q. Okay.  We are going to mark this

10      Dismukes Exhibit 10.

11        (DISMUKES EXHIBIT NUMBER 10 WAS MARKED.)

12            MS. JOSEPH:  Same objection as

13      to scope.

14   Q. I'll ask you to look at this document.

15      You can't tell which of these documents

16      you reviewed without clicking on each

17      link; correct?

18   A. Or if I had a hard copy.

19   Q. Or if you had a hard copy of the

20      document --

21   A. Sure.

22   Q. -- right?

23            And it showed a number on it;

24      right?

25   A. Well, the number wouldn't help me know

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 25

1      whether I reviewed it, but the number

2      would help me tie it to your document

3      here.

4  Q.  Correct.  And if you look on the first

5      page of that document, do you see how

6      big this file is?

7              MS. JOSEPH:  Objection.  Scope.

8      And also there's been no -- she's said

9      she hasn't seen this document before.  I

10     -- I believe these are printouts that

11     you created.

12 Q.  Yeah.  Do you see that the file is 4

13     gigabytes?

14 A.  I see two different file sizes on this

15     page.

16 Q.  And the page looks like this?

17 A.  Uh-huh.  That's correct.

18 Q.  And where is the other --

19 A.  On the top right corner, it says size

20     3.89 --

21 Q.  Uh-huh.

22 A.  -- gigabytes.

23 Q.  Correct, it does, doesn't it?  And then

24     down here, it says 4 -- 4 gigabytes;

25     right?  So there's two numbers, 3.89

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                30(b)(6)
                                                        Page 26

1     gigabytes and 4 gigabytes; is that

2     correct?

3  A. Those are the numbers on the page.

4  Q. Okay.

5            MS. BATEMAN:  I don't have any

6     further questions for this witness.

7            MS. JOSEPH:  If you'll hold on

8     to those documents, I'm going to ask you

9     about them.

10           THE WITNESS:  Sure.

11             CROSS-EXAMINATION

12    BY MS. JOSEPH:

13 Q. Ms. Dismukes, we'll talk about your

14    preparation for this deposition.

15           Were you the designated witness

16    for the North Carolina Department of

17    Justice on three deposition topics?

18 A. I was.

19 Q. What were those topics?

20 A. 7, 11, and 17.

21 Q. And did you prepare to testify on behalf

22    of the department today?

23 A. I did.

24 Q. What did you do to prepare?

25 A. I took several steps to prepare.  First,

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 27

```
1        I took a look at the deposition topics

2        to determine what the scope of the

3        topics or what type of information I

4        would need to review in order to prepare

5        based on my personal knowledge.  And

6        after looking at those, I also

7        determined who would -- it would be best

8        to speak with to gather the information

9        contained in those topics.  That was in

10       addition to my personal knowledge and

11       whether there would be any documents

12       that would help me prepare.  And so I

13       spoke with those individuals and

14       gathered the documents that I thought

15       would help me prepare for those topics.

16       I reviewed those documents that I felt

17       would help me answer the -- any

18       questions responsive to the three topic

19       areas.

20    Q. All right.  So did you prepare to

21       testify on behalf of the department

22       today about topic 7, information about

23       the reasons for each personnel change

24       for each position listed on Defendants'

25       Bate Numbers 2048 through 6 -- 2060,
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 28

1     also Exhibit B to Plaintiff's third set

2     of discovery requests, that was in the

3     public safety section and occurred from

4     January 1, 2017, to October 2020, and

5     the process for the approval of the

6     same?

7  A. I did.

8  Q. What did you do to prepare for that?

9  A. So I first tried to break it down,

10    taking a look at -- at where the list

11    would start.  And so I looked at Bates

12    2048 to 2060.  That document contained

13    items that were broader than the scope

14    of January 1, 2017, to October of 2020,

15    and so I looked through to narrow the

16    personnel actions to that time frame.

17           Then for all of those personnel

18    actions with those -- within that time

19    frame, I further looked to narrow to the

20    public safety section, which was also

21    the scope of the topic.

22           And once I had that universe of

23    individuals and actions, I determined

24    where I should look to find the reasons

25    for each personnel change and the

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 29

```
 1      process for the approval of those

 2      changes.  Some of that was within my

 3      personal knowledge.  Most of that was

 4      within the documents that were kept and

 5      maintained by supervisors and HR related

 6      to each personnel action.

 7                  And so I went to those

 8      documents to gather them together and

 9      review so that I would -- not be able to

10      memorize, because they were more than I

11      could memorize, but to be able to

12      testify intelligently using the

13      documents about any of the reasons for

14      the changes for particular personnel

15      actions.

16   Q. So you reviewed documents related to

17      every personnel change for each position

18      from January 2017 through October 20th

19      [sic] within the public safety section?

20   A. I did.  That was my goal.

21   Q. And that sounds like a lot of documents.

22   A. It was a lot of documents.

23   Q. You don't know the Bates numbers for

24      these documents though, do you?

25   A. I do not know the Bates numbers.
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 30

1    Q. Okay.  How many hours do you think you

2       spent doing that?

3    A. In both pulling the documents and

4       reviewing?

5    Q. Yes.

6    A. Ten maybe, maybe more.

7    Q. And you're aware that those documents,

8       for the most part, have been produced,

9       to your knowledge, you just don't know

10      what the Bates numbers are; is that

11      correct?

12   A. That's correct.

13   Q. All right.  Let's look at topic number

14      11.  Topic number 11 is:  Formal or

15      informal complaints of discrimination on

16      the basis of sex or race made by any

17      employee in the public safety section

18      between January 1, 2017, and October

19      2020, including formal and informal

20      internal complaints, complaints filed

21      with the Equal Opportunity -- Equal

22      Employment Opportunity Commission, the

23      Office of Administrative Hearings, or

24      any other entity, and lawsuits.  Did I

25      state that topic correctly?

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 31

```
 1   A. Yes.

 2   Q. Did you prepare to testify on behalf of

 3      the North Carolina Department of Justice

 4      at this deposition today on topic 11?

 5   A. I did.

 6   Q. What did you do to prepare?

 7   A. Two things.  One was to confirm my

 8      personal records because I have

 9      supervised the public safety section

10      since I joined DOJ on December 18th of

11      2017, so for a large portion of -- of

12      this time period.  I checked my personal

13      records to see whether or not I had any

14      -- anything that would indicate we had

15      formal, informal, EEO, or OAH

16      complaints.  But because I wasn't with

17      the department for the entire time, I

18      also confirmed that from before,

19      starting January 1 of 2017, but also

20      through October of 2020, with our HR

21      director, that there had been no

22      complaints received by HR that were EEO

23      complaints, OAH complaints, formal or

24      informal, of -- of any nature from

25      within the public safety section during
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

                                                              Page 32

```
 1      that entire time frame on the basis of

 2      sex or race, and there were none.

 3   Q. Topic 17 is the reorganization efforts

 4      -- that's in quotes -- undertaken by

 5      NCDOJ referenced in your answer,

 6      document entry -- or docket entry 52,

 7      paragraph 29, and the realignments -- in

 8      quotes -- and other position changes,

 9      including additions and attritions which

10      have occurred in connection with the

11      public safety section from January 1,

12      2017, to October 2020.  Is that topic

13      17?

14   A. It is.

15   Q. Did you prepare to testify on behalf of

16      the North Carolina Justice -- Department

17      of Justice on topic 17?

18   A. I did.

19   Q. What did you do to prepare?

20   A. So first, looking at the topic itself, I

21      broke it down since it includes multiple

22      types of information.  The first type of

23      information it calls for is

24      reorganization efforts undertaken by

25      NCDOJ as referenced in D52, paragraph
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 33

1      29.   Refreshing my recollection, that

2    was a time -- or I determined that that

3    was a time period that I was not at DOJ,

4    and so I had to determine, consulting

5    with HR, whether or not there were any

6    reorganization efforts.

7            At that time, I consulted with

8    HR to talk about that process that

9    occurred before my arrival at DOJ and

10   confirmed whether there were any

11   reorganization efforts within

12   specifically the public safety section

13   from January 1 of '17 to October of 2020

14   and -- since I didn't have any personal

15   knowledge of that time frame -- part of

16   that time frame.

17           And then also the other

18   position changes, including additions

19   and attritions for the public safety

20   section within that time period -- some

21   of which, again, was before I joined

22   DOJ, so I confirmed with HR, starting

23   with a list of individuals and personnel

24   actions, and then narrowed that to the

25   section and time frame.  This was

Page 34

```
 1        broader than topic 7 because it included
 2        additions and attritions, and so I also
 3        looked back at the folks who had left
 4        the section, which were the attritions,
 5        and so those were additional personnel
 6        actions that I studied and -- and took a
 7        look at to make sure that I understood
 8        what was happening during that time
 9        frame in the public safety section.
10   Q. Did you consult docket entry 52,
11        paragraph 29?
12   A. I did.
13   Q. Do you have any recollection of what
14        that allegation was -- or, I'm sorry,
15        not allegation, what we stated on behalf
16        of DOJ in that answer?
17   A. My recollection of that paragraph was
18        that it was fairly narrow and also
19        talked about when I joined the section
20        -- or the division/department, what I
21        managed, and also who was also managing
22        the section at that time.  The criminal
23        division was managed by Robert
24        Montgomery.
25   Q. As part of your preparation for
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 35

1       testifying on behalf of the North

2       Carolina Department of Justice for topic

3       17, did you consult documents?

4   A. I did.

5   Q. How did you go about doing that?

6   A. So some of the documents would be the

7       same -- or overlapping, rather, with

8       topic 7, depending on how you define

9       realignment.  We didn't have a

10      definition for that.  So I looked at

11      some of those documents to see whether

12      that would -- whether I thought that

13      would qualify.

14              Additions would be new hires in

15      my mind.  And then attritions would be

16      those who had left the section.

17              And so I requested from HR the

18      documents, pulling from the exit

19      paperwork of folks who had tendered

20      their resignations or had moved on or

21      retired from the section, which would be

22      an addition to -- from topic 7.  So I

23      pulled all of the paperwork that would

24      have encompassed those attritions during

25      that time frame.

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 36

1   Q. Did you review all of them --

2   A. I did.

3   Q. -- in connection with every employee

4      that -- that was encompassed here?

5   A. In connection with every employee from

6      the public safety section during the

7      period of January 1, '17, to October of

8      2020.

9   Q. About how many employees was that?

10  A. The attritions in particular?

11  Q. In total, to -- to prepare for

12     testifying on deposition topic 17.

13  A. So maybe roughly 20, including

14     additions, attritions, and realignments,

15     which is -- could be broad.

16  Q. How many hours did you spend doing that,

17     including examining what information you

18     needed to pull, having those records

19     delivered to you, and reviewing them?

20  A. Maybe ten additional hours.

21  Q. Is it your understanding that the Court

22     also ordered the North Carolina

23     Department of Justice to supplement some

24     of its document production?

25  A. Correct.

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                                    30(b)(6)

Page 37

1  Q. Did you help participate in collecting

2     those documents?

3  A. I did.

4  Q. And without disclosing communications

5     among counsel, are you aware that those

6     -- whether those documents were

7     produced?

8  A. It's my understanding they were

9     produced.

10 Q. Was it your understanding they were

11    produced on Friday and Sunday?

12 A. That is correct.

13 Q. Do you know the Bates numbers for those

14    documents?

15 A. I do not know the Bates numbers for

16    those documents.

17            MS. JOSEPH:  No further

18    questions.

19            MS. BATEMAN:  I just have a

20    couple of follow-ups.

21                REDIRECT EXAMINATION

22    BY MS. BATEMAN:

23 Q. You testified that you spoke to people

24    to prepare for your deposition today?

25 A. I did.

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024                          30(b)(6)

                                                        Page 38

1    Q. Who did you speak to?

2              MS. JOSEPH:  In connection with

3        -- Objection.  Specify the topic,

4        please.

5              MS. BATEMAN:  All of the

6        topics.

7    A. Okay.  So my three topics were 7, 11,

8        and 17.  And so with respect to topic 7,

9        I spoke with Kristin Bierline, who is

10       our HR director, who helped to gather

11       the information that I needed to review

12       in order to testify about topic 7.  And

13       I also spoke to Tammera Hill briefly to

14       determine where she left documents when

15       she left the department, which I then

16       gathered.

17              And then for topic 11, formal

18       and informal complaints, I spoke with

19       Kristin Bierline, who is the HR

20       director, to confirm my recollection

21       that there had been none.

22              And then with topic 17, the

23       reorganization efforts, I also spoke

24       with Kristin Bierline and asked her to

25       pull some of the documents that I would

```
 1      need to study in order to be able to
 2      testify as to topic 17.
 3   Q. Are you aware that none of the documents
 4      related to public safety section that
 5      you reviewed were produced prior to
 6      Friday?
 7              MS. JOSEPH:  Objection.
 8   A. I'm not aware of the time frame of any
 9      of the particular documents or if they
10      were produced or when they were
11      produced.
12              MS. BATEMAN:  I don't have any
13      further questions.
14                   RECROSS-EXAMINATION
15      BY MS. JOSEPH:
16   Q. The department made a -- and all of you
17      made a document production in April;
18      correct?
19   A. Yes.
20   Q. And you don't know which documents were
21      produced in April and which documents
22      were produced after the Court ordered a
23      broader production; correct?
24   A. That's correct.
25              MS. JOSEPH:  Nothing further.
```

Page 40

1                    THE COURT REPORTER:  Okay.

2     We're off the record at 2:44.

3       (THE DEPOSITION CONCLUDED AT 2:44 P.M.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                          Page 41
 1                    ERRATA SHEET

 2    Case Name:    Sonya Calloway-Durham

 3                  vs.

 4                  NCDOJ, et al.

 5    Case Number:  5:21-cv-000371-BO

 6    Deponent:     Leslie Dismukes

 7    Date:         March 18, 2024

 8   PAGE    LINE    READS        SHOULD READ

 9       /        /           /

10       /        /           /

11       /        /           /

12       /        /           /

13       /        /           /

14       /        /           /

15       /        /           /

16       /        /           /

17       /        /           /

18       /        /           /

19       /        /           /

20       /        /           /

21       /        /           /

22       /        /           /

23       /        /           /

24       /        /           /

25       /        /           /
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024

30(b)(6)

Page 42

| 1 | PAGE | LINE | READS | SHOULD READ |
|---|------|------|-------|-------------|
| 2 | / | / | / | |
| 3 | / | / | / | |
| 4 | / | / | / | |
| 5 | / | / | / | |
| 6 | / | / | / | |
| 7 | / | / | / | |
| 8 | / | / | / | |
| 9 | / | / | / | |
| 10 | / | / | / | |
| 11 | / | / | / | |
| 12 | / | / | / | |
| 13 | / | / | / | |
| 14 | / | / | / | |
| 15 | / | / | / | |
| 16 | / | / | / | |
| 17 | / | / | / | |
| 18 | / | / | / | |
| 19 | / | / | / | |
| 20 | / | / | / | |
| 21 | / | / | / | |
| 22 | / | / | / | |
| 23 | / | / | / | |
| 24 | / | / | / | |
| 25 | / | / | / | |

Page 43

```
 1                      SIGNATURE

 2

 3    I, Leslie Dismukes, do hereby state
      under oath that I have read the above
 4    and foregoing deposition in its entirety
      and that the same is a full, true, and
 5    correct transcript of my testimony.

 6

      Signature is subject to corrections on
 7    attached errata sheet, if any.

 8

 9    _____
      Leslie Dismukes
10

11    State of _____

12
      County of _____
13

14

      Sworn to and subscribed before me this
15    _____ day of _____, 20___.

16

      _____
17
      Notary Public
18
      My commission expires: _____
19

20

21

22

23

24

25
```

```
                                                            Page 44
  1                     CERTIFICATE

  2
     State of North Carolina
  3  County of Wake

  4
     I, Debbie Rodgers, a notary public in
  5  and for the State of North Carolina, do
     hereby certify that there came before me
  6  on the 18th day of March, 2024, the
     person hereinbefore named, who was by me
  7  duly sworn to testify to the truth and
     nothing but the truth of her knowledge
  8  concerning the matters in controversy in
     this cause; that the witness was
  9  thereupon examined under oath, the
     examination reduced to typewriting.

 10

 11  I further certify that I am not counsel
     for, nor in the employment of any of the
 12  parties to this action; that I am not
     related by blood or marriage to any of
 13  the parties, nor am I interested, either
     directly or indirectly, in the results
 14  of this action.

 15
     In witness whereon, I have hereto set my
 16  hand, this the 21st day of March, 2024.

 17

 18
     Debbie Rodgers
 19  Professional Court Reporter

 20

 21

 22

 23

 24

 25
```

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024

30(b)(6)Index: 06515..actions

## Exhibits

**3-18 Dismukes Exhibit 01** 6:3, 4

**3-18 Dismukes Exhibit 02** 7:6, 7

**3-18 Dismukes Exhibit 03** 8:6

**3-18 Dismukes Exhibit 04** 13:18,19 14:13

**3-18 Dismukes Exhibit 05** 3:12

**3-18 Dismukes Exhibit 06** 20:15

**3-18 Dismukes Exhibit 07** 21:12

**3-18 Dismukes Exhibit 08** 22:5,6

**3-18 Dismukes Exhibit 09** 23:20,21,22

**3-18 Dismukes Exhibit 10** 24:10,11

## 0

**06515** 18:4

## 1

**1** 3:10 6:3,4 16:19 18:5,6,23 20:18 28:4,14 30:18 31:19 32:11 33:13 36:7

**10** 3:14 24:10,11

**11** 4:18,20,23 5:4,14 8:18 22:16 26:20 30:14 31:4 38:7,17

**13** 15:13,22,24

**14** 3:11

**15** 12:10,17,23 14:7 24:3

**15th** 21:15

**16** 4:18,22 5:12 12:10 24:3

**17** 4:18,23 5:5,15 8:18 12:11 22:17 24:3 26:20 32:3,13,17 33:13 35:3 36:7,12 38:8,22 39:2

**17th** 21:15,17

**18** 1:10

**18th** 31:10

**19** 3:12

**1:58** 1:24 4:8

**1A** 4:25

## 2

**2** 3:10 7:6,7 16:19

**20** 3:12 36:13

**2017** 28:4,14 29:18 30:18 31:11, 19 32:12

**2020** 28:4,14 30:19 31:20 32:12 33:13 36:8

**2024** 1:10

**2048** 27:25 28:12

**2060** 27:25 28:12

**209** 2:5

**20th** 29:18

**21** 3:13

**22** 3:13

**23** 3:14

**24** 3:14

**26** 3:4

**27510** 2:5

**27601** 2:11

**29** 32:7 33:1 34:11

**2:44** 40:2,3

## 3

**3** 3:11 8:6,10,12,13 13:16 15:12 16:18 18:7,8,10

**3.89** 25:20,25

**30(b)(6)** 5:23

**350** 2:5

**37** 3:5

**39** 3:5

## 4

**4** 3:4,11 13:19 14:6,13,20 15:2,4, 14 18:5,24 25:12,24 26:1

**421** 2:10

**450** 1:22

## 5

**5** 3:12 19:18,19

**52** 32:6 34:10

**530** 2:10

**5:21-cv-000371-bo** 1:2

## 6

**6** 3:10,12 20:14,15 27:25

**6537** 18:10

**6572** 18:20

**6601** 18:25 19:8

## 7

**7** 3:10,13 4:18,20,21,22,23 5:4,12, 14 8:18 21:11,12,25 22:16 23:17, 18 26:20 27:22 34:1 35:8,22 38:7, 8,12

**701** 1:22

## 8

**8** 3:11,13 4:20 22:5,6

## 9

**9** 3:14 23:21,22

## A

**above-entitled** 1:17

**accessing** 19:21,24

**action** 1:2,17 29:6

**actions** 28:16,18,23 29:15 33:24 34:6

SONYA CALLOWAY-DURHAM V. N.C. DEPARTMENT OF JUSTICE, et al.
DISMUKES, LESLIE on 03/18/2024

30(b)(6)Index: actual..Debbie

**actual** 19:5

**addition** 27:10 35:22

**additional** 7:24 21:18 34:5 36:20

**additions** 32:9 33:18 34:2 35:14 36:14

**Administrative** 30:23

**Adobe** 15:25

**affirm** 4:4

**agree** 5:4

**agreement** 1:18

**allegation** 34:14,15

**APPEARANCES** 2:1

**appears** 12:3,6 16:19 18:11 23:18,23

**approval** 28:5 29:1

**April** 39:17,21

**areas** 27:19

**arranged** 16:5,6

**arrival** 33:9

**assume** 20:24

**attached** 7:1 9:7,8 12:16

**attachment** 21:21 22:5

**attachments** 12:6 22:1,3

**attorneys** 7:11

**attritions** 32:9 33:19 34:2,4 35:15,24 36:10,14

**aware** 5:19,20,24 7:10,14 8:2 21:14 30:7 37:5 39:3,8

**awareness** 7:21,23

---

**B**

**back** 4:15 5:11 7:19 16:16 34:3

**based** 9:23 15:24 27:5

**basis** 30:16 32:1

**Bate** 27:25

**Bateman** 2:4 3:4,5 4:13,22 5:1,6, 8,10,14,17,18 6:7,10,14,21 8:11, 13,15,22 9:1,4 10:21 12:22 13:1, 5,7,13,17,21 14:1,5,8,10,12,14, 18,22 15:2,4,9,10,16,18 16:1,2,23

17:7,14,19 18:2,3 19:7,22,25 20:2 22:18,22,25 23:2,5,7 26:5 37:19, 22 38:5 39:12

**Bates** 10:1,2 11:13 17:5 20:11 21:7 23:13 28:11 29:23,25 30:10 37:13,15

**beginning** 1:24

**behalf** 2:2,7 11:25 12:2 26:21 27:21 31:2 32:15 34:15 35:1

**Bierline** 38:9,19,24

**big** 25:6

**body** 12:9

**boxes** 24:2

**break** 28:9

**briefly** 38:13

**broad** 36:15

**broader** 28:13 34:1 39:23

**broke** 32:21

---

**C**

**call** 16:4

**called** 1:15

**CALLOWAY-DURHAM** 1:4

**calls** 10:11 32:23

**Caroli** 24:6

**Carolina** 1:1,10,21,23 2:11 21:22 26:16 31:3 32:16 35:2 36:22

**Carrboro** 2:5

**Center** 1:22

**change** 27:23 28:25 29:17

**chart** 4:24 21:24 23:12

**checked** 31:12

**chronological** 16:10,14

**chronologically** 16:5,7

**Civil** 1:2

**clear** 14:17

**click** 17:18

**clicking** 19:9 24:16

**collecting** 37:1

**Commission** 30:22

**communication** 10:12

**communications** 37:4

**compare** 16:17

**complaints** 30:15,20 31:16,22, 23 38:18

**CONCLUDED** 40:3

**confirm** 31:7 38:20

**confirmed** 31:18 33:10,22

**connect** 11:15

**connection** 32:10 36:3,5 38:2

**consists** 20:19,20

**consult** 34:10 35:3

**consulted** 33:7

**consulting** 33:4

**contained** 27:9 28:12

**continue** 19:25

**copy** 24:18,19

**corner** 25:19

**Corporate** 1:22

**correct** 5:16 9:24 11:19,22,25 24:17 25:4,17,23 26:2 30:11,12 36:25 37:12 39:18,23,24

**correctly** 30:25

**counsel** 1:16 2:1 10:12 37:5

**couple** 37:20

**Court** 1:1,19 4:2,7 36:21 39:22 40:1

**created** 25:11

**criminal** 34:22

**Cross** 3:4

**CROSS-EXAMINATION** 26:11

---

**D**

**D52** 32:25

**Danielle** 5:3

**dated** 21:17

**Debbie** 1:19

**December** 31:10

**Defendant** 21:22 24:5

**Defendants** 1:8 2:7 5:21

**Defendants'** 27:24

**define** 35:8

**definition** 35:10

**delivered** 36:19

**department** 1:7,12 21:23 26:16, 22 27:21 31:3,17 32:16 35:2 36:23 38:15 39:16

**depending** 35:8

**deposition** 1:12 6:2 9:2 11:10 20:1,8 21:3,5 26:14,17 27:1 31:4 36:12 37:24 40:3

**depositions** 5:23

**designated** 4:17 26:15

**detach** 13:8

**determine** 27:2 33:4 38:14

**determined** 27:7 28:23 33:2

**Direct** 3:4 4:12

**director** 31:21 38:10,20

**disclosing** 17:4 37:4

**discovery** 5:21,25 28:2

**discrimination** 30:15

**Dismuke** 21:25

**dismukes** 1:13 3:9 4:9,14 6:2,4 7:6,7 8:6,10,12,13 10:13 13:16,18 14:6,13,20 15:2,4,14 18:5,24 19:18,19 20:15 21:10,12 22:6 23:17,18,22 24:10,11 26:13

**Dismukes'** 6:12

**DISTRICT** 1:1

**division** 1:2 34:23

**division/department** 34:20

**docket** 32:6 34:10

**document** 6:16,23 9:15 10:5 11:7,16 12:13 17:5,17 18:9,12,20, 23 19:8 20:16,19 21:23 22:7,19 23:8 24:14,20 25:2,5,9 28:12 32:6 36:24 39:17

**documents** 7:10,15,16,22,23,25

8:2 9:10,20,23,25 10:19,24 11:4, 6,8 12:5 15:13,22,24,25 16:18,25 17:3 19:6,14,15,21,24 20:9,24 21:2,4,6,14,18 24:15 26:8 27:11, 14,16 29:4,8,13,16,21,22,24 30:3, 7 35:3,6,11,18 37:2,6,14,16 38:14,25 39:3,9,20,21

**DOJ** 4:25 5:25 31:10 33:3,9,22 34:16

**Drive** 1:22

**duly** 1:19 4:10

**E**

**earlier** 21:13

**EASTERN** 1:1

**EEO** 31:15,22

**efforts** 32:3,24 33:6,11 38:23

**Elder** 5:3

**email** 8:16 9:3,5 11:15,24 12:3,7, 9,16 13:9,14 21:16,19,20 23:14, 16

**emails** 22:20,23

**employee** 30:17 36:3,5

**employees** 36:9

**Employment** 30:22

**encompassed** 35:24 36:4

**end** 22:23

**entire** 31:17 32:1

**entitled** 10:14

**entity** 30:24

**entry** 32:6 34:10

**Equal** 30:21

**establish** 8:23 10:16

**et al** 1:7

**examination** 1:16 3:2 4:12 37:21

**EXAMINATIONS** 3:1

**examined** 10:15

**examining** 36:17

**exhibit** 3:9 6:3,4 7:6,7 8:6 9:23 13:18 14:13 20:15 21:12 22:5,6 23:20,22 24:10,11 28:1

**EXHIBITS** 3:1

**exit** 35:18

**extent** 8:23 10:11

**F**

**fact** 7:22

**fairly** 34:18

**Fayetteville** 2:10

**felt** 27:16

**file** 9:14 10:18 14:4 17:18 20:6 25:6,12,14

**filed** 30:20

**files** 17:4,21 20:6

**find** 28:24

**finish** 7:17

**finished** 23:6

**Firm** 2:4

**folders** 23:23 24:1

**folks** 34:3 35:19

**follow-ups** 37:20

**form** 9:11 15:15,17 16:8

**formal** 30:14,19 31:15,23 38:17

**fourth** 18:17

**frame** 28:16,19 32:1 33:15,16,25 34:9 35:25 39:8

**Friday** 7:25 8:3 9:10 10:25 11:3, 24 12:4,7 37:11 39:6

**G**

**game** 19:4

**gather** 11:7 27:8 29:8 38:10

**gathered** 27:14 38:16

**general** 7:21

**generally** 5:24 7:14 21:14

**gigabytes** 25:13,22,24 26:1

**give** 14:1

**goal** 29:20

**Graebe** 11:18

**Great** 23:2,5

**group** 2:9 11:19 18:12

**H**

**hand** 4:3

**happening** 34:8

**hard** 9:16 11:4 24:18,19

**header** 22:1

**Hearings** 30:23

**helped** 11:7 38:10

**Hill** 38:13

**hires** 35:14

**hold** 26:7

**hours** 30:1 36:16,20

**HR** 29:5 31:20,22 33:5,8,22 35:17 38:10,19

**Huddle** 1:23

**I**

**icon** 19:9

**icons** 17:21

**identified** 17:8,9

**identify** 6:16,17

**include** 7:23

**included** 34:1

**includes** 32:21

**including** 5:22 30:19 32:9 33:18 36:13,17

**incomplete** 24:6

**INDEX** 3:1

**individual** 6:6,9,11,13 7:12

**individuals** 27:13 28:23 33:23

**informal** 30:15,19 31:15,24 38:18

**information** 27:3,8,22 32:22,23 36:17 38:11

**instruct** 8:19 17:11,23,25 19:2

22:15

**intelligently** 29:12

**internal** 30:20

**interrogatories** 6:13 7:3

**items** 28:13

**J**

**January** 28:4,14 29:18 30:18 31:19 32:11 33:13 36:7

**joined** 31:10 33:21 34:19

**Joseph** 2:9 3:4,5 4:19,21,23 5:4, 7,9,13,16 6:5,8,18 8:9,12,17,25 9:11,21 10:9 12:1,20,24 13:3,6, 11,15,20,25 14:3,6,9,11,17,19,25 15:3,6,14,17,20,23 16:8,20 17:2, 13,16,20 19:1,20,23 22:13,21,24 23:1,3,25 24:12 25:7 26:7,12 37:17 38:2 39:7,15,25

**Justice** 1:7,12 21:23 26:17 31:3 32:16,17 35:2 36:23

**K**

**knowing** 11:12

**knowledge** 27:5,10 29:3 30:9 33:15

**Kristin** 38:9,19,24

**L**

**large** 31:11

**Law** 2:4,9 11:19

**lawsuits** 30:24

**left** 34:3 35:16 38:14,15

**Leslie** 1:13 4:9 23:3

**link** 23:15,19 24:17

**list** 28:10 33:23

**listed** 15:13,22 27:24

**lists** 20:23

**Lloyd** 2:5

**looked** 9:9,13 10:15 28:11,15,19 34:3 35:10

**lot** 29:21,22

**M**

**made** 30:16 39:16,17

**maintained** 29:5

**make** 16:17 34:7

**makes** 9:14

**managed** 34:21,23

**managing** 34:21

**March** 1:10

**mark** 6:2 7:6 8:5 12:14 13:12,14, 18 19:18 20:14 22:4 23:20 24:9

**marked** 4:24 6:4 7:7 8:6,9 13:16 14:13 15:1 19:19 20:15 21:10,12 22:6 23:22 24:11

**matching** 19:4

**memorize** 11:13 20:10 21:7 29:10,11

**memorized** 10:2

**mind** 35:15

**mine** 23:1

**minute** 16:9 22:8,10

**missed** 5:2

**Monday** 1:10

**Montgomery** 34:24

**Morningstar** 2:9 11:19

**moved** 35:20

**multiple** 32:21

**N**

**N.C.** 1:7,12

**narrow** 28:15,19 34:18

**narrowed** 33:24

**native** 17:17

**nature** 31:24

**NC** 2:5

**NCDOJ** 5:22 12:10,17,22 14:7 18:4 32:5,25

**NCDOJ016** 20:5

**NCDOJ017.ZIP** 20:17

**needed** 36:18 38:11

**North** 1:1,10,21,23 2:11 21:22
24:6 26:16 31:3 32:16 35:1 36:22

**Notary** 1:20

**noticing** 5:22

**number** 6:4 7:6,7 8:6 14:13 17:6
19:18,19 20:14,15 21:11,12 22:6
23:17,22 24:11,23,25 25:1 30:13,
14

**numbers** 10:1,2 11:13 16:3 21:8
23:13 25:25 26:3 27:25 29:23,25
30:10 37:13,15

**numeric** 16:12

---

O

**OAH** 31:15,23

**objection** 9:11,21 10:9,10 12:1
15:15,17 16:8,20 23:25 24:12
25:7 38:3 39:7

**occurred** 28:3 32:10 33:9

**October** 28:4,14 29:18 30:18
31:20 32:12 33:13 36:7

**Office** 30:23

**one's** 13:15

**Onward** 5:9

**Opportunity** 30:21,22

**order** 16:12 27:4 38:12 39:1

**ordered** 36:22 39:22

**overlapping** 35:7

---

P

**p.m.** 1:24 40:3

**pages** 9:8 13:9,23 14:23,24 15:5
16:16 20:3,20

**paperwork** 35:19,23

**paragraph** 32:7,25 34:11,17

**Pardon** 6:7 8:11 15:16 19:22
22:9

**part** 11:21 30:8 33:15 34:25

**participate** 37:1

**paths** 9:14

**people** 37:23

**period** 31:12 33:3,20 36:7

**personal** 27:5,10 29:3 31:8,12
33:14

**personnel** 27:23 28:16,17,25
29:6,14,17 33:23 34:5

**Plaintiff** 1:5,17 2:2 5:20

**Plaintiff's** 28:1

**play** 19:4

**portion** 31:11

**position** 27:24 29:17 32:8 33:18

**preparation** 11:6,9 20:8 21:3,4
23:10 26:14 34:25

**prepare** 10:16 26:21,24,25 27:4,
12,15,20 28:8 31:2,6 32:15,19
36:11 37:24

**prepared** 8:24 10:17

**printouts** 10:18 25:10

**prior** 5:22 39:5

**process** 28:5 29:1 33:8

**produced** 7:24,25 8:2 9:10 10:25
12:5 21:15 30:8 37:7,9,11 39:5,
10,11,21,22

**producing** 21:17

**production** 7:13 11:7 21:24
36:24 39:17,23

**productions** 10:7

**public** 1:20 28:3,20 29:19 30:17
31:9,25 32:11 33:12,19 34:9 36:6
39:4

**pull** 36:18 38:25

**pulled** 35:23

**pulling** 30:3 35:18

**purports** 9:13

**pursuant** 1:18

---

Q

**qualify** 35:13

**question** 7:17,19 10:22,23 17:12

**questions** 26:6 27:18 37:18
39:13

**quotes** 32:4,8

---

R

**race** 30:16 32:2

**raise** 4:3

**Raleigh** 1:10,23 2:11

**random** 16:4

**realignment** 35:9

**realignments** 32:7 36:14

**reasons** 27:23 28:24 29:13

**received** 31:22

**recognize** 6:23 7:9

**recollection** 33:1 34:13,17 38:20

**record** 4:8 40:2

**records** 31:8,13 36:18

**Recross** 3:5

**RECROSS-EXAMINATION**
39:14

**Redirect** 3:5 37:21

**referenced** 32:5,25

**referring** 11:12

**refers** 12:10 23:15

**Refreshing** 33:1

**relate** 9:12 10:17

**related** 29:5,16 39:4

**relating** 16:24,25 17:1

**remember** 7:2,4

**reorganization** 32:3,24 33:6,11
38:23

**Reporter** 1:20 4:2,7 40:1

**representing** 11:22

**request** 7:12

**requested** 35:17

**requests** 5:21,25 28:2

**resignations** 35:20

**respect** 38:8

**response** 7:12

**responses** 6:6,9,12 7:2,4

**responsive** 27:18

**retired** 35:21

**review** 7:8 10:8 21:2 23:10,12 27:4 29:9 36:1 38:11

**reviewed** 9:6,19 10:6,24 11:5,8 19:13 20:5,13 21:4 24:16 25:1 27:16 29:16 39:5

**reviewing** 30:4 36:19

**Robert** 34:23

**Rodgers** 1:19

**Room** 1:23

**roughly** 36:13

**S**

**safety** 28:3,20 29:19 30:17 31:9, 25 32:11 33:12,19 34:9 36:6 39:4

**scope** 22:14 24:13 25:7 27:2 28:13,21

**screenshot** 12:25 13:1,4 15:7 17:3,16

**screenshots** 18:13

**section** 28:3,20 29:19 30:17 31:9,25 32:11 33:12,20,25 34:4,9, 19,22 35:16,21 36:6 39:4

**sees** 17:15

**sense** 9:15

**separately** 13:12 15:1

**series** 20:23

**served** 5:20,24

**set** 19:14 28:1

**sex** 30:16 32:2

**Shannon** 2:9

**Sharefile** 12:25 13:2 15:8 23:15, 19

**show** 6:1 7:5 8:4 9:6 12:13 21:10

**showed** 24:23

**showing** 10:18

**sic** 29:19

**simply** 17:5

**size** 25:19

**sizes** 25:14

**sjoseph@ morningstarlawgroup.com** 2:11

**SONYA** 1:4

**sounds** 29:21

**South** 2:4

**speak** 27:8 38:1

**specific** 7:16 10:5

**specifically** 33:12

**spend** 36:16

**spent** 30:2

**spoke** 27:13 37:23 38:9,13,18,23

**stamp** 21:7

**stamps** 20:11

**start** 7:19 28:11

**starting** 6:19 31:19 33:22

**state** 1:21 30:25

**stated** 21:13 34:15

**STATES** 1:1

**steps** 26:25

**Street** 2:5,10

**stuck** 22:20,23

**studied** 34:6

**study** 39:1

**Suite** 1:22 2:5,10

**summary** 23:12

**Sunday** 8:1,3 37:11

**supervised** 31:9

**supervisors** 29:5

**supplement** 36:23

**sworn** 1:19 4:10

**symbol** 15:25

**T**

**tabs** 10:18

**taking** 28:10

**talk** 26:13 33:8

**talked** 24:4 34:19

**talking** 11:5

**Tammera** 38:13

**team** 11:21

**tear** 13:23

**ten** 30:6 36:20

**tendered** 35:19

**testified** 4:11 37:23

**testify** 26:21 27:21 29:12 31:2 32:15 38:12 39:2

**testifying** 35:1 36:12

**testimony** 23:11

**things** 31:7

**thought** 27:14 35:12

**tie** 25:2

**time** 28:16,18 31:12,17 32:1 33:2, 3,7,15,16,20,25 34:8,22 35:25 39:8

**title** 24:7

**today** 4:17 19:14 21:3,5 23:11 26:22 27:22 31:4 37:24

**top** 12:17 20:17,18 25:19

**topic** 4:17 6:19 8:18 16:22 17:24 19:3 27:18,22 28:21 30:13,14,25 31:4 32:3,12,17,20 34:1 35:2,8,22 36:12 38:3,8,12,17,22 39:2

**topics** 16:24 17:1 22:16 26:17,19 27:1,3,9,15 38:6,7

**total** 36:11

**trade** 13:22

**transmittal** 11:15

**trouble** 19:21,24

**truth** 4:4,5

**turned** 7:11,14,22

**type** 27:3 32:22

**types** 32:22

---
**U**
---

**Uh-huh** 19:10 25:17,21

**unavailable** 19:11

**underlying** 20:9

**understanding** 11:20,23 36:21
  37:8,10

**understood** 15:6 34:7

**undertaken** 32:4,24

**UNITED** 1:1

**universe** 28:22

---
**V**
---

**Valerie** 2:4 19:20

**valerie@newsouthlawfirm.
com** 2:6

**verification** 7:1

**verifying** 7:2,4

**visible** 17:22

---
**W**
---

**Wait** 4:19

**weekend** 11:3,9

**WESTERN** 1:2

**works** 11:18

---
**Z**
---

**zip** 20:5