**From:** Will Graebe
**To:** Valerie Bateman
**Cc:** Heather Benjamin; June Allison; Kenzie Rakes; Jeff Roether; Shannon Joseph; Suzanne Schrager
**Subject:** RE: Calloway-Durham v. NC DOJ et al, 5:21-cv-000371-BO
**Date:** Friday, March 15, 2024 7:08:08 PM
**Attachments:** image001.png
image003.png
image004.png
image005.png
image006.png
Defendant North Carolina Department of Justice Document Production Chart.pdf

Valerie:

Please find below a ShareFile link that contains the following items:

- NC DOJ's prior document productions reproduced in PDF format, as you requested.

- NC DOJ's production volumes 015-17, produced in PDF format and without any load or text files, as you requested. These volumes are produced in compliance with the Court's directive to produce responsive information and documents not already produced related to the hiring, promotion, and reclassification decisions reflected in NCDOJ002048-76, limited to the time period of January 1, 2017 to October 2020 and the Public Safety Section.

Please also find attached a chart specifying the discovery requests to which the documents are responsive.

Regarding the supplemental document production that is being made today (NCDOJ015-17), here is a description of each production volume:

- NCDOJ015: This volume is not responsive to a discovery request. This volume contains document retention schedules that are offered in exchange for the withdrawal of 30(b)(6) Topic 13.

- NCDOJ016: These documents are being produced in compliance with the Court's directive to produce responsive information and documents not already produced related to the hiring, promotion, and reclassification decisions reflected in NCDOJ002048-76, limited to the time period of January 1, 2017 to October 2020 and the Public Safety Section. This volume contains copies of hardcopy documents related to attorney hirings, promotions, and reclassifications within the Public Safety Section between January 1, 2017 and October 2020.

- NCDOJ017: These documents are being produced in compliance with the Court's directive to produce responsive information and documents not already produced related to the hiring, promotion, and reclassification decisions reflected in NCDOJ002048-76, limited to the time period of January 1, 2017 to October 2020 and the Public Safety Section. This volume contains copies of hardcopy and electronic documents related to attorney hirings, promotions, and reclassifications within the Public Safety Section between January 1, 2017 and October 2020.

Please let us know if you have any trouble accessing the documents.

Finally, in accordance with your previous message, we will see you on Monday, March 18 at 12:30 p.m. with Mr. Dearmin to testify about Topic 15. Ms. Dismukes will be there at 2 p.m. to testify about Topics 7, 11, and 17. Have a good weekend.

ShareFile link: https://morningstarlawgroup.sharefile.com/d-sa57b99909eb24891a03ca8f79fc9b9a5



WILL GRAEBE
ASSOCIATE
421 Fayetteville Street, Suite 530
Raleigh, NC 27601
919-863-9094
morningstarlawgroup.com

*Our Raleigh office is moving! Effective April 15, 2024, our new address will be 434 Fayetteville Street, Suite 2200, Raleigh, NC 27601.*

Disclaimer: This message contains confidential information and is intended only for the addressee. If you are not the addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. MLG2022