**EXHIBIT 2-E**

**Details**

Name: NCDOJO15 (1).zip
Size: 7.07 MB
Last updated: 03/15/2024 6:31PM

→ Download

Report Abuse



PLAINTIFF'S EXHIBIT
4
Dismukes
12/6/24
PENGAD 800-631-6989

Items in "All Downloads"

NCDOJO15 (1).zip

⚠ The items in this zip are browse only.

- 📁 NCDOJO15
  - 📁 Images
    - 📁 0001
      - 📄 NCDOJ006515.pdf — 634 KB, Last updated 03/15/2024 8:57PM
      - 📄 NCDOJ006601.pdf — 456 KB, Last updated 03/15/2024 8:57PM
      - 📄 NCDOJ006572.pdf — 669 KB, Last updated 03/15/2024 8:57PM
      - 📄 NCDOJ006537.pdf — 718 KB, Last updated 03/15/2024 8:57PM
      - 📄 NCDOJ006620.pdf — 567 KB, Last updated 03/15/2024 8:57PM
      - 📄 NCDOJ006836.pdf — 97 KB, Last updated 03/15/2024 8:57PM

## Details

**Name**
NCDOJ015 (1).zip

**Size**
7.07 MB

**Last updated**
03/15/2024 6:31PM

→ Download

Report Abuse

Items in "All Downloads" ‹

### NCDOJ015 (1).zip

- NCDOJ006620.pdf — 567 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006836.pdf — 97 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006696.pdf — 852 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006821.pdf — 433 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006789.pdf — 597 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006716.pdf — 700 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006748.pdf — 318 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006680.pdf — 542 KB, Last updated 03/15/2024 8:57PM
- NCDOJ006637.pdf — 835 KB, Last updated …

| Name | Type | Compressed size | Password p... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ006515 | Adobe Acrobat Document | 601 KB | No | 635 KB | 6% | 3/15/2024 8:57 PM |
| NCDOJ006537 | Adobe Acrobat Document | 672 KB | No | 719 KB | 7% | 3/15/2024 8:57 PM |
| NCDOJ006572 | Adobe Acrobat Document | 631 KB | No | 670 KB | 6% | 3/15/2024 8:57 PM |
| NCDOJ006601 | Adobe Acrobat Document | 406 KB | No | 457 KB | 12% | 3/15/2024 8:57 PM |
| NCDOJ006620 | Adobe Acrobat Document | 541 KB | No | 567 KB | 5% | 3/15/2024 8:57 PM |
| NCDOJ006637 | Adobe Acrobat Document | 774 KB | No | 835 KB | 8% | 3/15/2024 8:57 PM |
| NCDOJ006680 | Adobe Acrobat Document | 517 KB | No | 542 KB | 5% | 3/15/2024 8:57 PM |
| NCDOJ006696 | Adobe Acrobat Document | 622 KB | No | 652 KB | 5% | 3/15/2024 8:57 PM |
| NCDOJ006716 | Adobe Acrobat Document | 658 KB | No | 701 KB | 7% | 3/15/2024 8:57 PM |
| NCDOJ006748 | Adobe Acrobat Document | 859 KB | No | 918 KB | 7% | 3/15/2024 8:57 PM |
| NCDOJ006789 | Adobe Acrobat Document | 490 KB | No | 597 KB | 18% | 3/15/2024 8:57 PM |
| NCDOJ006821 | Adobe Acrobat Document | 384 KB | No | 434 KB | 12% | 3/15/2024 8:57 PM |
| NCDOJ006836 | Adobe Acrobat Document | 94 KB | No | 98 KB | 5% | 3/15/2024 8:57 PM |