

**EXHIBIT 2-F**

**Details**

Name
NCDOJ016.zip

Size
700.07 MB

Last updated
03/15/2024 6:34PM

↓ Download

Report Abuse

NCDOJ016.zip
700 MB
Last updated
03/15/2024 6:34PM
Creator: Will Graebe

[Download]

Items in "All Downloads" ∧

NCDOJ016.zip

| Name | Date modified | Type | Size |
|---|---|---|---|
| NCDOJ006839 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 25,471 KB |
| NCDOJ006883 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 28,690 KB |
| NCDOJ006934 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 8,519 KB |
| NCDOJ006945 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 58,008 KB |
| NCDOJ007026 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 28,412 KB |
| NCDOJ007080 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 6,303 KB |
| NCDOJ007092 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 1,965 KB |
| NCDOJ007097 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 18,096 KB |
| NCDOJ007122 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 286 KB |
| NCDOJ007123 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 24,575 KB |
| NCDOJ007162 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 114,277 KB |
| NCDOJ007304 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 12,180 KB |
| NCDOJ007325 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 11,151 KB |
| NCDOJ007343 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 7,619 KB |
| NCDOJ007351 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 20,878 KB |
| NCDOJ007393 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 36,212 KB |
| NCDOJ007465 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 17,047 KB |
| NCDOJ007501 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 7,206 KB |
| NCDOJ007516 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 19,386 KB |
| NCDOJ007544 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 9,355 KB |
| NCDOJ007553 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 871 KB |
| NCDOJ007555 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 5,526 KB |
| NCDOJ007561 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 911 KB |
| NCDOJ007562 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 21,150 KB |
| NCDOJ007573 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 62,782 KB |
| NCDOJ007681 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 61,614 KB |
| NCDOJ007784 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 59,678 KB |
| NCDOJ007894 | 3/15/2024 7:49 PM | Adobe Acrobat Docum... | 173,423 KB |