Sonya Calloway-Durham v. North Carolina Department of Justice, et al, 5:21-cv-000371-BO

### Defendant North Carolina Department of Justice's Document Production
### Categorization by Discovery Request



EXHIBIT

2-I

**NCDOJ001 17 April 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ000001-17 | First Set of Interrogatories: 1, 2, 4 |
| | First Set of Requests for Production: 1, 2, 4 |
| NCDOJ000018-27 | First Set of Interrogatories: 1, 2, 4 |
| | First Set of Requests for Production: 1, 2, 4 |
| NCDOJ000028-29 | First Set of Interrogatories: 1, 2, 4 |
| | First Set of Requests for Production: 1, 2, 4 |

**NCDOJ002 24 April 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ000030-124 | First Set of Requests for Production: 2, 6 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000125 | First Set of Requests for Production: 2, 6 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000126 | First Set of Requests for Production: 2, 6 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000127 | First Set of Requests for Production: 2, 6 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000128-31 | First Set of Requests for Production: 2, 6 |

| | |
|---|---|
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000132-38 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000139-42 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000143-64 | First Set of Requests for Production: 1 |
| NCDOJ000165-71 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000172-210 | First Set of Requests for Production: 1 |
| NCDOJ000211-25 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000226-33 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000234-35 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000236-540 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000541-50 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000551-53 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| NCDOJ000554-70 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
|---|---|
| NCDOJ000571-72 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000573-77 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000578-81 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000582-90 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000591-92 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000593-614 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000615-30 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000631-64 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000665-82 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000683-720 | First Set of Requests for Production: 2, 6 |

| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
|---|---|
| NCDOJ000721-46 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000747-60 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NDCOJ000761-70 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000771-88 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000789-829 | First Set of Requests for Production: 1 |
| NCDOJ000830-943 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000944-72 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000973-80 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000981-85 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000986 | First Set of Requests for Production: 3, 4 <br> These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ000987 | First Set of Requests for Production: 4 |

| | |
|---|---|
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000989-94 | First Set of Requests for Production: 4 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ000995-98 | First Set of Requests for Production: 3, 4 <br> These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production.. |
| NCDOJ000999-1014 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ0001015-19 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001020 | First Set of Requests for Production: 3, 4 |
| NCDOJ001021 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001022-23 | First Set of Requests for Production: 2, 6 |
| NCDOJ001024-28 | First Set of Requests for Production: 3, 4 <br> These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001029-30 | First Set of Requests for Production: 2, 6 <br> These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001031 | First Set of Requests for Production: 3, 4 <br> These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001032 | First Set of Requests for Production: 3, 4 |
| NCDOJ001033 | First Set of Requests for Production: 3, 4 |

| | |
|---|---|
| | These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001034-35 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001036 | First Set of Requests for Production: 2, 6 |
| NCDOJ001037 | First Set of Requests for Production: 3, 4<br>These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001038 | First Set of Requests for Production: 2, 6 |
| NCDOJ001039-40 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001041-778 | First Set of Requests for Production: 3, 4<br>These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001809-21 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001822-23 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001829-32 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001833 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001834-40 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| | |
|---|---|
| NCDOJ001841-44 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001845-914 | First Set of Requests for Production: 3, 4<br>These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001915-22 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001923 | First Set of Requests for Production: 3, 4<br>These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001924-56 | First Set of Requests for Production: 2, 6 |
| NCDOJ001957-60 | First Set of Requests for Production: 3, 4<br>These documents were not produced in response to but are responsive to Plaintiff's Second Set of Requests for Production. |
| NCDOJ001961-71 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001972-78 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ001979-2022 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002033-34 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002035 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| NCDOJ002036-38 | First Set of Requests for Production: 2, 6 |
|---|---|
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002039-42 | First Set of Requests for Production: 2, 6 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002043-44 | First Set of Requests for Production: 4 |
| NCDOJ002045-46 | First Set of Requests for Production: 4 |
| NCDOJ002048-57 | First Set of Interrogatories: 1, 2, 4 |
| | First Set of Requests for Production: 1, 2, 4 |
| NCDOJ002058-59 | First Set of Interrogatories: 1, 2, 4 |
| | First Set of Requests for Production: 1, 2, 4 |
| NCDOJ002060-76 | First Set of Interrogatories: 1, 2, 4 |
| | First Set of Requests for Production: 1, 2, 4 |
| NCDOJ002077-165 | First Set of Requests for Production: 1 |
| NCDOJ002166-228 | First Set of Requests for Production: 1 |

**NCDOJ003 15 May 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ002229-32 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002233-35 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002236-40 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002242 | First Set of Requests for Production: 2 |

| | |
|---|---|
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002243 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002244 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002245 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002246 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002247 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002248-63 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002264-69 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002270 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002271-73 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002274-82 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| NCDOJ002283-85 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002286-93 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002294 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002295-96 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002297-304 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002305-14 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002315-16 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002317-18 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002319-20 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002321-25 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002326 | First Set of Requests for Production: 2 |

| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
|---|---|
| NCDOJ002327 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002328 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002329 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002330 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002331 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002332-35 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002336-95 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002395-404 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002405 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002406-07 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| | |
|---|---|
| NCDOJ002408-2409 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002410-21 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002422-24 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002425-45 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002446-47 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002448-49 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002451 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002452-53 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002454-55 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002456-57 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002458 | First Set of Requests for Production: 2 |

| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
|---|---|
| NCDOJ002459-60 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002461 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002462-64 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002465 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002466-71 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002472 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002473-77 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002478 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002479-80 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002481-90 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| | |
|---|---|
| NCDOJ002491-94 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002495 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002496-500 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002501-16 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002517 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002518-23 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002524-28 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002529 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002530 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002531 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002532 | First Set of Requests for Production: 2 |

| | |
|---|---|
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002533 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002534-35 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002536 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002537 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

## NCDOJ004 15 May 2023

| Bates Range | Discovery Request |
|---|---|
| NCDOJ002229 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002230-31 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ003332-34 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002235 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002236-37 | First Set of Requests for Production: 2, 6 |

| | |
|---|---|
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002238-39 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002240-47 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002248-63 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002264-69 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002270 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002271-73 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002274-82 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002283-304 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002305-14 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002315-35 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| NCDOJ002336-95 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| --- | --- |
| NCDOJ002396-404 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ005405 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002406-07 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002408-09 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002410-21 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002422-24 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002425-49 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002450-51 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002452-57 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCODJ002458 | First Set of Requests for Production: 2, 6 |

| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
|---|---|
| NCDOJ002459-60 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NDOJ002461-64 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002465-72 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002473 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002474-77 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002478 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002479-80 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002481-90 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002491-94 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002495 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| NCDOJ002496-500 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
|---|---|
| NCDOJ002501-16 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002517 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002518-23 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002524 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002525-26 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002527 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002528 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002529 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002530 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002531 | First Set of Requests for Production: 2, 6 |

|  | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| --- | --- |
| NCDOJ002532 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002533 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002534-35 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ002536-37 | First Set of Requests for Production: 2, 6<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

**NCDOJ005 5 June 2023**

| Bates Range | Discovery Request |
| --- | --- |
| NCDOJ003711-34 | First Set of Requests for Production: 3, 4<br>Second Set of Requests for Production: 12 |

**NCDOJ006 28 June 2023**

| Bates Range | Discovery Request |
| --- | --- |
| NCDOJ003735 | First Set of Requests for Production: 1 |

**NCDOJ007 10 July 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ003736-49 | Second Set of Interrogatories: 2, 3 |
| NCDOJ003750-55 | Second Set of Interrogatories: 2 |
| NCDOJ003756-59 | Second Set of Requests for Production: 11 |
| NCDOJ003760-66 | Second Set of Interrogatories: 2, 3, 4 |

**NCDOJ008 10 July 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ003767-93 | Second Set of Requests for Production: 1 |
| NCDOJ003794-835 | Second Set of Requests for Production: 1 |
| NCDOJ003836-928 | Second Set of Requests for Production: 1 |
| NCDOJ003929-4022 | Second Set of Requests for Production: 1 |
| NCDOJ004023-50 | Second Set of Requests for Production: 1 |
| NCDOJ004051 | Second Set of Requests for Production: 1 |
| NCDOJ004052-55 | Second Set of Requests for Production: 1 |
| NCDOJ004056-59 | Second Set of Requests for Production: 1 |
| NCDOJ004060-62 | Second Set of Requests for Production: 1 |
| NCDOJ004063-94 | Second Set of Requests for Production: 1 |
| NCDOJ004095-96 | Second Set of Requests for Production: 1 |
| NCDOJ004097-117 | Second Set of Requests for Production: 3 |
| NCDOJ004118-20 | Second Set of Requests for Production: 4 |
| NCDOJ004121-25 | Second Set of Requests for Production: 1 |

| | |
|---|---|
| NCDOJ004126-27 | Second Set of Requests for Production: 1 |
| NCDOJ004128-32 | Second Set of Requests for Production: 5 |
| NCDOJ004133-35 | Second Set of Requests for Production: 1 |
| NCDOJ004136-41 | Second Set of Requests for Production: 3 |
| NCDOJ004142-46 | Second Set of Requests for Production: 4 |
| NCDOJ004147-50 | Second Set of Requests for Production: 7 |
| NCDOJ004151 | Second Set of Requests for Production: 7 |
| NCDOJ004152-65 | Second Set of Requests for Production: 4 |
| NCDOJ004166-93 | Second Set of Requests for Production: 1 |
| NCDOJ004194-209 | Second Set of Requests for Production: 6 |
| NCDOJ004210-12 | Second Set of Requests for Production: 1 |
| NCDOJ004213-39 | Second Set of Requests for Production: 3 |
| NCDOJ004240-69 | Second Set of Requests for Production: 7 |
| NCDOJ004270-78 | Second Set of Requests for Production: 4 |
| NCDOJ004279-82 | Second Set of Requests for Production: 4 |
| NCDOJ004283-87 | Second Set of Requests for Production: 4, 7 |
| NCDOJ004288-91 | Second Set of Requests for Production: 3 |
| NCDOJ004292-99 | Second Set of Requests for Production: 1 |
| NCDOJ004300-05 | Second Set of Requests for Production: 7 |
| NCDOJ004306-24 | Second Set of Requests for Production: 3 |
| NCDOJ004325-45 | Second Set of Requests for Production: 3 |
| NCDOJ004346-51 | Second Set of Requests for Production: 7 |
| NCDOJ004352-54 | Second Set of Requests for Production: 7 |
| NCDOJ004355-84 | Second Set of Requests for Production: 7 |
| NCDOJ004385-412 | Second Set of Requests for Production: 7 |
| NCDOJ004413-20 | Second Set of Requests for Production: 4, 7 |
| NCDOJ004421-28 | Second Set of Requests for Production: 4 |
| NCDOJ004429 | Second Set of Requests for Production: 7 |
| NCDOJ004430-38 | Second Set of Requests for Production: 5 |

**NCDOJ009 14 July 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ004439-739 | First Set of Interrogatories: 1, 2, 4<br>First Set of Requests for Production: 1, 2, 4 |

**NCDOJ010 14 July 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ004740-87 | Second Set of Requests for Production: 6 |
| NCDOJ004788-92 | Second Set of Requests for Production: 4, 6, 7 |
| NCDOJ004793-96 | Second Set of Requests for Production: 1 |
| NCDOJ004797 | Second Set of Requests for Production: 4 |
| NCDOJ004803-09 | Second Set of Requests for Production: 4 |
| NCDOJ004810-14 | Second Set of Requests for Production: 4 |
| NCDOJ004815-19 | Second Set of Requests for Production: 4 |
| NCDOJ004820-21 | Second Set of Requests for Production: 4 |
| NCDOJ004822-24 | Second Set of Requests for Production: 1, 2 |

**NCDOJ011 31 July 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ004825-28 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004829 | First Set of Requests for Production: 2<br>These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004830 | First Set of Requests for Production: 2 |

| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
|---|---|
| NCDOJ004831-48 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004849 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004850 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004851-54 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004855-57 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004858 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004859 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004860-62 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004863-64 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004865-66 | First Set of Requests for Production: 2 These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

| NCDOJ004867-68 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004869-71 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004872 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004873 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004874-80 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004881-82 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004883 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004884-85 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004886-87 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |
| NCDOJ004888 | First Set of Requests for Production: 2 |
| | These documents were not produced in response to but are responsive to Plaintiff's Third Set of Requests for Production. |

**NCDOJ012 11 August 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ004889-98 | Second Set of Requests for Production: 3 |
| NCDOJ004899-938 | Second Set of Requests for Production: 6 |
| NCDOJ004939-56 | Second Set of Requests for Production: 4 |
| NCDOJ004957 | Second Set of Requests for Production: 6 |
| NCDOJ004958-5003 | Second Set of Requests for Production: 4 |
| NCDOJ005004-730 | Second Set of Requests for Production: 6 |
| NCDOJ005731-37 | Second Set of Requests for Production: 3 |
| NCDOJ005738-843 | Second Set of Requests for Production: 4 |
| NCDOJ005844-56 | Second Set of Requests for Production: 7 |
| NCDOJ005857-6033 | Second Set of Requests for Production: 4 |

**NCDOJ013 11 August 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ006034-386 | Second Set of Requests for Production: 8 |
| NCDOJ006387 | Second Set of Requests for Production: 8 |
| NCDOJ006388-509 | Second Set of Requests for Production: 8 |

**NCDOJ014 11 August 2023**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ006510-14 | Second Set of Interrogatories: 5 |

**NCDOJ015 15 March 2024**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ006515-838 | Not responsive to any request. Produced in exchange for withdrawal of Topic 13. |

**NCDOJ016 15 March 2024**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ006839-882 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ006883-993 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ006934-994 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ006945-7025 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007026-079 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007080-091 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007092-096 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007097-121 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007122 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007123-161 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007162-303 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007304-324 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007325-342 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007343-350 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007351-392 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007393-464 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007465-500 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007501-515 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007516-543 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007544-552 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ00753-54 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007555-560 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007561 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007562-72 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007573-680 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007681-783 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007784-893 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ007894-8132 | First Set of Requests for Production of Documents: 1, 2 |

**NCDOJ017 15 March 2024**

| Bates Range | Discovery Request |
|---|---|
| NCDOJ008133-35 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008136-40 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008141 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008142-43 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008144-45 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008146-47 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008148-51 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008152-53 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008154-55 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008156-57 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008158-61 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008162-63 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008164-65 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008166-67 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008168-77 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008178-79 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008180-84 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008185-86 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008187-88 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008189-90 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008191-92 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008193-207 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008208-09 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008210-11 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008212-17 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008218-23 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008224-27 | Third Set of Interrogatories: 1 |
| NCDOJ008228-30 | Third Set of Interrogatories: 1 |

| NCDOJ008231-33 | Third Set of Interrogatories: 1 |
| NCDOJ008234-37 | Third Set of Interrogatories: 1 |
| NCDOJ008238-41 | Third Set of Interrogatories: 1 |
| NCDOJ008242-47 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008248-315 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008316-30 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008331-52 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008353-444 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008445-52 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008453-657 | First Set of Requests for Production of Documents: 1, 2 |

**NCDOJ018 17 March 2024**

| Bates Range | Discovery Request |
| --- | --- |
| NCDOJ008658-80 | First Set of Requests for Production of Documents: 1, 2 |
| NCDOJ008681-703 | First Set of Requests for Production of Documents: 1, 2 |