

Defendant North Carolina
Department of Justice
Converted Document
Productions.zip

4 GB

**Last updated**
03/15/2024 6:47PM

Creator: Will Graebe

Download

**Details**

**Name**
Defendant North Carolina Department of Justice Converted Document Productions.zip

**Size**
3.89 GB

**Last updated**
03/15/2024 6:47PM

Download

Report Abuse

Items in "All Downloads"

**EXHIBIT**
**2-K**



Downloads

Defendant North Carolina Department of Justice Conve...
Opening in 17 mins...

What do you want to do with Defendant North ...

Open    Save as    ⌄

See more

Size



| Name | Type | Compressed size | Password p.. | Size | Ratio | Date modified |
|------|------|-----------------|--------------|------|-------|---------------|
| NCDOI002 | File folder | | | | | |
| NCDOI003 | File folder | | | | | |
| NCDOI004 | File folder | | | | | |
| NCDOI005 | File folder | | | | | |
| NCDOI006 | File folder | | | | | |
| NCDOI007 | File folder | | | | | |
| NCDOI008 | File folder | | | | | |
| NCDOI009 | File folder | | | | | |
| NCDOI010 | File folder | | | | | |
| NCDOI012 | File folder | | | | | |
| NCDOI013 | File folder | | | | | |
| NCDOI014 | File folder | | | | | |

Downloads

Extract all    ···

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDO000030 | Adobe Acrobat Document | | No | | | |
| NCDO000031 | Adobe Acrobat Document | | No | | | |
| NCDO000032 | Adobe Acrobat Document | | No | | | |
| NCDO000033 | Adobe Acrobat Document | | No | | | |
| NCDO000034 | Adobe Acrobat Document | | No | | | |
| NCDO000035 | Adobe Acrobat Document | | No | | | |
| NCDO000036 | Adobe Acrobat Document | | No | | | |
| NCDO000037 | Adobe Acrobat Document | | No | | | |
| NCDO000038 | Adobe Acrobat Document | | No | | | |
| NCDO000039 | Adobe Acrobat Document | | No | | | |
| NCDO000040 | Adobe Acrobat Document | | No | | | |
| NCDO000041 | Adobe Acrobat Document | | No | | | |
| NCDO000042 | Adobe Acrobat Document | | No | | | |
| NCDO000043 | Adobe Acrobat Document | | No | | | |
| NCDO000044 | Adobe Acrobat Document | | No | | | |
| NCDO000045 | Adobe Acrobat Document | | No | | | |
| NCDO000046 | Adobe Acrobat Document | | No | | | |
| NCDO000047 | Adobe Acrobat Document | | No | | | |
| NCDO000048 | Adobe Acrobat Document | | No | | | |
| NCDO000049 | Adobe Acrobat Document | | No | | | |
| NCDO000050 | Adobe Acrobat Document | | No | | | |
| NCDO000051 | Adobe Acrobat Document | | No | | | |
| NCDO000052 | Adobe Acrobat Document | | No | | | |
| NCDO000053 | Adobe Acrobat Document | | No | | | |
| NCDO000054 | Adobe Acrobat Document | | No | | | |
| NCDO000055 | Adobe Acrobat Document | | No | | | |
| NCDO000056 | Adobe Acrobat Document | | No | | | |
| NCDO000057 | Adobe Acrobat Document | | No | | | |
| NCDO000058 | Adobe Acrobat Document | | No | | | |
| NCDO000059 | Adobe Acrobat Document | | No | | | |
| NCDO000060 | Adobe Acrobat Document | | No | | | |
| NCDO000061 | Adobe Acrobat Document | | No | | | |
| NCDO000062 | Adobe Acrobat Document | | No | | | |
| NCDO000063 | Adobe Acrobat Document | | No | | | |
| NCDO000064 | Adobe Acrobat Document | | No | | | |
| NCDO000065 | Adobe Acrobat Document | | No | | | |
| NCDO000066 | Adobe Acrobat Document | | No | | | |
| NCDO000067 | Adobe Acrobat Document | | No | | | |
| NCDO000068 | Adobe Acrobat Document | | No | | | |
| NCDO000069 | Adobe Acrobat Document | | No | | | |

0002

Downloads › Defendant North Carolina Department of Justice Converted Document Productions › NCDOJ002 › images › 0002

Search 0002

New | Sort | View | Extract all | ••• | Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ001030 | Adobe Acrobat Document | 580 KB | No | 693 KB | 17% | 3/8/2024 10:10 AM |
| NCDOJ001031 | Adobe Acrobat Document | 583 KB | No | 712 KB | 19% | 3/8/2024 10:10 AM |
| NCDOJ001032 | Adobe Acrobat Document | 560 KB | No | 683 KB | 19% | 3/8/2024 10:10 AM |
| NCDOJ001033 | Adobe Acrobat Document | 517 KB | No | 617 KB | 17% | 3/8/2024 9:55 AM |
| NCDOJ001034 | Adobe Acrobat Document | 530 KB | No | 649 KB | 19% | 3/8/2024 9:55 AM |
| NCDOJ001035 | Adobe Acrobat Document | 662 KB | No | 786 KB | 16% | 3/8/2024 9:55 AM |
| NCDOJ001036 | Adobe Acrobat Document | 598 KB | No | 730 KB | 19% | 3/8/2024 9:55 AM |
| NCDOJ001037 | Adobe Acrobat Document | 562 KB | No | 689 KB | 19% | 3/8/2024 9:55 AM |
| NCDOJ001038 | Adobe Acrobat Document | 729 KB | No | 841 KB | 14% | 3/8/2024 9:55 AM |
| NCDOJ001039 | Adobe Acrobat Document | 641 KB | No | 741 KB | 14% | 3/8/2024 9:55 AM |
| NCDOJ001040 | Adobe Acrobat Document | 559 KB | No | 669 KB | 17% | 3/8/2024 9:55 AM |
| NCDOJ001041 | Adobe Acrobat Document | 761 KB | No | 876 KB | 14% | 3/8/2024 9:55 AM |
| NCDOJ001042 | Adobe Acrobat Document | 632 KB | No | 765 KB | 18% | 3/8/2024 9:55 AM |
| NCDOJ001043 | Adobe Acrobat Document | 581 KB | No | 702 KB | 18% | 3/8/2024 9:55 AM |
| NCDOJ001044 | Adobe Acrobat Document | 802 KB | No | 943 KB | 15% | 3/8/2024 9:55 AM |
| NCDOJ001045 | Adobe Acrobat Document | 602 KB | No | 727 KB | 18% | 3/8/2024 9:56 AM |
| NCDOJ001046 | Adobe Acrobat Document | 848 KB | No | 971 KB | 13% | 3/8/2024 9:56 AM |
| NCDOJ001047 | Adobe Acrobat Document | 1,230 KB | No | 1,317 KB | 7% | 3/8/2024 9:56 AM |
| NCDOJ001048 | Adobe Acrobat Document | 834 KB | No | 964 KB | 14% | 3/8/2024 9:56 AM |
| NCDOJ001049 | Adobe Acrobat Document | 322 KB | No | 376 KB | 15% | 3/8/2024 9:56 AM |
| NCDOJ001050 | Adobe Acrobat Document | 499 KB | No | 573 KB | 14% | 3/8/2024 9:56 AM |
| NCDOJ001051 | Adobe Acrobat Document | 580 KB | No | 650 KB | 11% | 3/8/2024 9:56 AM |
| NCDOJ001052 | Adobe Acrobat Document | 560 KB | No | 631 KB | 12% | 3/8/2024 9:56 AM |
| NCDOJ001053 | Adobe Acrobat Document | 553 KB | No | 629 KB | 13% | 3/8/2024 9:56 AM |
| NCDOJ001054 | Adobe Acrobat Document | 552 KB | No | 617 KB | 11% | 3/8/2024 9:56 AM |
| NCDOJ001055 | Adobe Acrobat Document | 559 KB | No | 626 KB | 11% | 3/8/2024 9:56 AM |
| NCDOJ001056 | Adobe Acrobat Document | 599 KB | No | 669 KB | 11% | 3/8/2024 9:56 AM |
| NCDOJ001057 | Adobe Acrobat Document | 550 KB | No | 617 KB | 11% | 3/8/2024 9:56 AM |
| NCDOJ001058 | Adobe Acrobat Document | 579 KB | No | 653 KB | 12% | 3/8/2024 9:56 AM |
| NCDOJ001059 | Adobe Acrobat Document | 566 KB | No | 635 KB | 11% | 3/8/2024 9:56 AM |
| NCDOJ001060 | Adobe Acrobat Document | 572 KB | No | 646 KB | 12% | 3/8/2024 9:56 AM |
| NCDOJ001061 | Adobe Acrobat Document | 577 KB | No | 657 KB | 13% | 3/8/2024 9:56 AM |
| NCDOJ001062 | Adobe Acrobat Document | 365 KB | No | 485 KB | 25% | 3/8/2024 9:56 AM |
| NCDOJ001063 | Adobe Acrobat Document | 211 KB | No | 324 KB | 35% | 3/8/2024 9:56 AM |
| NCDOJ001064 | Adobe Acrobat Document | 117 KB | No | 228 KB | 49% | 3/8/2024 9:56 AM |
| NCDOJ001065 | Adobe Acrobat Document | 188 KB | No | 242 KB | 23% | 3/8/2024 9:56 AM |
| NCDOJ001066 | Adobe Acrobat Document | 816 KB | No | 964 KB | 16% | 3/8/2024 9:56 AM |
| NCDOJ001067 | Adobe Acrobat Document | 935 KB | No | 1,060 KB | 12% | 3/8/2024 9:56 AM |
| NCDOJ001068 | Adobe Acrobat Document | 640 KB | No | 784 KB | 19% | 3/8/2024 9:56 AM |
| NCDOJ001069 | Adobe Acrobat Document | 689 KB | No | 824 KB | 17% | 3/8/2024 9:56 AM |

1,000 items

0003

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ002 > images > 0003

Search 0003

New | Sort | View | Extract all | ··· | Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ002030 | Adobe Acrobat Document | 657 KB | No | 735 KB | 11% | 3/8/2024 10:15 AM |
| NCDOJ002031 | Adobe Acrobat Document | 710 KB | No | 778 KB | 9% | 3/8/2024 10:15 AM |
| NCDOJ002032 | Adobe Acrobat Document | 394 KB | No | 461 KB | 15% | 3/8/2024 10:15 AM |
| NCDOJ002033 | Adobe Acrobat Document | 1,074 KB | No | 1,154 KB | 7% | 3/8/2024 10:15 AM |
| NCDOJ002034 | Adobe Acrobat Document | 582 KB | No | 654 KB | 12% | 3/8/2024 10:15 AM |
| NCDOJ002035 | Adobe Acrobat Document | 336 KB | No | 393 KB | 15% | 3/8/2024 10:11 AM |
| NCDOJ002036 | Adobe Acrobat Document | 935 KB | No | 1,139 KB | 18% | 3/8/2024 10:11 AM |
| NCDOJ002037 | Adobe Acrobat Document | 1,041 KB | No | 1,265 KB | 18% | 3/8/2024 10:11 AM |
| NCDOJ002038 | Adobe Acrobat Document | 24 KB | No | 65 KB | 63% | 3/8/2024 10:11 AM |
| NCDOJ002039 | Adobe Acrobat Document | 570 KB | No | 685 KB | 17% | 3/8/2024 10:11 AM |
| NCDOJ002040 | Adobe Acrobat Document | 976 KB | No | 1,050 KB | 8% | 3/8/2024 10:11 AM |
| NCDOJ002041 | Adobe Acrobat Document | 889 KB | No | 962 KB | 8% | 3/8/2024 10:11 AM |
| NCDOJ002042 | Adobe Acrobat Document | 1,034 KB | No | 1,120 KB | 8% | 3/8/2024 10:11 AM |
| NCDOJ002043 | Adobe Acrobat Document | 895 KB | No | 1,143 KB | 22% | 3/8/2024 10:11 AM |
| NCDOJ002044 | Adobe Acrobat Document | 264 KB | No | 431 KB | 39% | 3/8/2024 10:11 AM |
| NCDOJ002045 | Adobe Acrobat Document | 516 KB | No | 639 KB | 20% | 3/8/2024 10:11 AM |
| NCDOJ002046 | Adobe Acrobat Document | 173 KB | No | 274 KB | 38% | 3/8/2024 10:11 AM |
| NCDOJ002047 | Adobe Acrobat Document | 341 KB | No | 456 KB | 26% | 3/8/2024 10:11 AM |
| NCDOJ002048 | Adobe Acrobat Document | 534 KB | No | 768 KB | 31% | 3/8/2024 10:11 AM |
| NCDOJ002049 | Adobe Acrobat Document | 939 KB | No | 956 KB | 2% | 3/8/2024 10:11 AM |
| NCDOJ002050 | Adobe Acrobat Document | 926 KB | No | 942 KB | 2% | 3/8/2024 10:11 AM |
| NCDOJ002051 | Adobe Acrobat Document | 949 KB | No | 964 KB | 2% | 3/8/2024 10:11 AM |
| NCDOJ002052 | Adobe Acrobat Document | 905 KB | No | 921 KB | 2% | 3/8/2024 10:11 AM |
| NCDOJ002053 | Adobe Acrobat Document | 943 KB | No | 958 KB | 2% | 3/8/2024 10:11 AM |
| NCDOJ002054 | Adobe Acrobat Document | 901 KB | No | 917 KB | 2% | 3/8/2024 10:11 AM |
| NCDOJ002055 | Adobe Acrobat Document | 904 KB | No | 922 KB | 2% | 3/8/2024 10:11 AM |
| NCDOJ002056 | Adobe Acrobat Document | 940 KB | No | 959 KB | 2% | 3/8/2024 10:12 AM |
| NCDOJ002057 | Adobe Acrobat Document | 226 KB | No | 241 KB | 7% | 3/8/2024 10:12 AM |
| NCDOJ002058 | Adobe Acrobat Document | 827 KB | No | 1,062 KB | 22% | 3/8/2024 10:12 AM |
| NCDOJ002059 | Adobe Acrobat Document | 772 KB | No | 787 KB | 2% | 3/8/2024 10:12 AM |
| NCDOJ002060 | Adobe Acrobat Document | 241 KB | No | 556 KB | 57% | 3/8/2024 10:12 AM |
| NCDOJ002061 | Adobe Acrobat Document | 479 KB | No | 493 KB | 3% | 3/8/2024 10:12 AM |
| NCDOJ002062 | Adobe Acrobat Document | 464 KB | No | 478 KB | 3% | 3/8/2024 10:12 AM |
| NCDOJ002063 | Adobe Acrobat Document | 441 KB | No | 457 KB | 4% | 3/8/2024 10:12 AM |
| NCDOJ002064 | Adobe Acrobat Document | 448 KB | No | 463 KB | 4% | 3/8/2024 10:12 AM |
| NCDOJ002065 | Adobe Acrobat Document | 468 KB | No | 483 KB | 4% | 3/8/2024 10:12 AM |
| NCDOJ002066 | Adobe Acrobat Document | 439 KB | No | 455 KB | 4% | 3/8/2024 10:12 AM |
| NCDOJ002067 | Adobe Acrobat Document | 492 KB | No | 506 KB | 3% | 3/8/2024 10:12 AM |
| NCDOJ002068 | Adobe Acrobat Document | 445 KB | No | 458 KB | 3% | 3/8/2024 10:12 AM |
| NCDOJ002069 | Adobe Acrobat Document | 465 KB | No | 480 KB | 4% | 3/8/2024 10:12 AM |

199 items

0001

Downloads › Defendant North Carolina Department of Justice Converted Document Productions › NCDOJ003 › images › 0001

Search 0001

New · Sort · View · Extract all · ··· · Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ002229 | Adobe Acrobat Document | 374 KB | No | 494 KB | 25% | 3/8/2024 10:21 AM |
| NCDOJ002230 | Adobe Acrobat Document | 687 KB | No | 840 KB | 19% | 3/8/2024 10:21 AM |
| NCDOJ002231 | Adobe Acrobat Document | 18 KB | No | 55 KB | 67% | 3/8/2024 10:21 AM |
| NCDOJ002232 | Adobe Acrobat Document | 370 KB | No | 495 KB | 26% | 3/8/2024 10:21 AM |
| NCDOJ002233 | Adobe Acrobat Document | 443 KB | No | 505 KB | 13% | 3/8/2024 10:21 AM |
| NCDOJ002234 | Adobe Acrobat Document | 433 KB | No | 496 KB | 13% | 3/8/2024 10:16 AM |
| NCDOJ002235 | Adobe Acrobat Document | 581 KB | No | 644 KB | 10% | 3/8/2024 10:16 AM |
| NCDOJ002236 | Adobe Acrobat Document | 451 KB | No | 571 KB | 22% | 3/8/2024 10:16 AM |
| NCDOJ002237 | Adobe Acrobat Document | 588 KB | No | 712 KB | 18% | 3/8/2024 10:16 AM |
| NCDOJ002238 | Adobe Acrobat Document | 698 KB | No | 825 KB | 16% | 3/8/2024 10:16 AM |
| NCDOJ002239 | Adobe Acrobat Document | 298 KB | No | 414 KB | 29% | 3/8/2024 10:16 AM |
| NCDOJ002240 | Adobe Acrobat Document | 376 KB | No | 436 KB | 14% | 3/8/2024 10:16 AM |
| NCDOJ002241 | Adobe Acrobat Document | 579 KB | No | 643 KB | 10% | 3/8/2024 10:16 AM |
| NCDOJ002242 | Adobe Acrobat Document | 239 KB | No | 296 KB | 20% | 3/8/2024 10:16 AM |
| NCDOJ002243 | Adobe Acrobat Document | 271 KB | No | 330 KB | 18% | 3/8/2024 10:16 AM |
| NCDOJ002244 | Adobe Acrobat Document | 242 KB | No | 298 KB | 20% | 3/8/2024 10:16 AM |
| NCDOJ002245 | Adobe Acrobat Document | 242 KB | No | 300 KB | 20% | 3/8/2024 10:16 AM |
| NCDOJ002246 | Adobe Acrobat Document | 239 KB | No | 296 KB | 20% | 3/8/2024 10:16 AM |
| NCDOJ002247 | Adobe Acrobat Document | 245 KB | No | 307 KB | 20% | 3/8/2024 10:16 AM |
| NCDOJ002248 | Adobe Acrobat Document | 228 KB | No | 355 KB | 36% | 3/8/2024 10:16 AM |
| NCDOJ002249 | Adobe Acrobat Document | 649 KB | No | 781 KB | 17% | 3/8/2024 10:16 AM |
| NCDOJ002250 | Adobe Acrobat Document | 567 KB | No | 695 KB | 19% | 3/8/2024 10:16 AM |
| NCDOJ002251 | Adobe Acrobat Document | 247 KB | No | 372 KB | 34% | 3/8/2024 10:16 AM |
| NCDOJ002252 | Adobe Acrobat Document | 470 KB | No | 595 KB | 21% | 3/8/2024 10:16 AM |
| NCDOJ002253 | Adobe Acrobat Document | 179 KB | No | 224 KB | 21% | 3/8/2024 10:16 AM |
| NCDOJ002254 | Adobe Acrobat Document | 519 KB | No | 724 KB | 29% | 3/8/2024 10:16 AM |
| NCDOJ002255 | Adobe Acrobat Document | 438 KB | No | 600 KB | 28% | 3/8/2024 10:16 AM |
| NCDOJ002256 | Adobe Acrobat Document | 547 KB | No | 684 KB | 21% | 3/8/2024 10:16 AM |
| NCDOJ002257 | Adobe Acrobat Document | 485 KB | No | 614 KB | 22% | 3/8/2024 10:16 AM |
| NCDOJ002258 | Adobe Acrobat Document | 389 KB | No | 545 KB | 29% | 3/8/2024 10:16 AM |
| NCDOJ002259 | Adobe Acrobat Document | 378 KB | No | 540 KB | 31% | 3/8/2024 10:16 AM |
| NCDOJ002260 | Adobe Acrobat Document | 625 KB | No | 738 KB | 16% | 3/8/2024 10:16 AM |
| NCDOJ002261 | Adobe Acrobat Document | 811 KB | No | 876 KB | 8% | 3/8/2024 10:16 AM |
| NCDOJ002262 | Adobe Acrobat Document | 791 KB | No | 868 KB | 9% | 3/8/2024 10:16 AM |
| NCDOJ002263 | Adobe Acrobat Document | 51 KB | No | 93 KB | 46% | 3/8/2024 10:16 AM |
| NCDOJ002264 | Adobe Acrobat Document | 484 KB | No | 610 KB | 21% | 3/8/2024 10:16 AM |
| NCDOJ002265 | Adobe Acrobat Document | 432 KB | No | 554 KB | 23% | 3/8/2024 10:17 AM |
| NCDOJ002266 | Adobe Acrobat Document | 60 KB | No | 161 KB | 63% | 3/8/2024 10:17 AM |
| NCDOJ002267 | Adobe Acrobat Document | 239 KB | No | 296 KB | 20% | 3/8/2024 10:17 AM |
| NCDOJ002268 | Adobe Acrobat Document | 124 KB | No | 168 KB | 27% | 3/8/2024 10:17 AM |

309 items

0002

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ004 > images > 0002

Search 0002

New | Sort | View | Extract all | ··· | Details

Home
Gallery
Valerie - Personal
Valerie - New South Law Firm

Downloads
Desktop
Screenshots
NCDOJ016
ncdoj017
NCDOJ011 07.31.2023

Creative Cloud Files Personal Account Valerie@
New South Law Firm
This PC
USB20FD (D:)
Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ003538 | Adobe Acrobat Document | 269 KB | No | 326 KB | 18% | 3/8/2024 10:47 AM |
| NCDOJ003539 | Adobe Acrobat Document | 173 KB | No | 216 KB | 21% | 3/8/2024 10:47 AM |
| NCDOJ003540 | Adobe Acrobat Document | 920 KB | No | 1,056 KB | 13% | 3/8/2024 10:47 AM |
| NCDOJ003541 | Adobe Acrobat Document | 72 KB | No | 174 KB | 59% | 3/8/2024 10:47 AM |
| NCDOJ003542 | Adobe Acrobat Document | 1,123 KB | No | 1,239 KB | 10% | 3/8/2024 10:47 AM |
| NCDOJ003543 | Adobe Acrobat Document | 353 KB | No | 547 KB | 36% | 3/8/2024 10:47 AM |
| NCDOJ003544 | Adobe Acrobat Document | 346 KB | No | 557 KB | 38% | 3/8/2024 10:43 AM |
| NCDOJ003545 | Adobe Acrobat Document | 279 KB | No | 494 KB | 44% | 3/8/2024 10:44 AM |
| NCDOJ003546 | Adobe Acrobat Document | 267 KB | No | 483 KB | 45% | 3/8/2024 10:44 AM |
| NCDOJ003547 | Adobe Acrobat Document | 157 KB | No | 381 KB | 59% | 3/8/2024 10:44 AM |
| NCDOJ003548 | Adobe Acrobat Document | 365 KB | No | 575 KB | 37% | 3/8/2024 10:44 AM |
| NCDOJ003549 | Adobe Acrobat Document | 416 KB | No | 621 KB | 34% | 3/8/2024 10:44 AM |
| NCDOJ003550 | Adobe Acrobat Document | 321 KB | No | 532 KB | 40% | 3/8/2024 10:44 AM |
| NCDOJ003551 | Adobe Acrobat Document | 411 KB | No | 618 KB | 34% | 3/8/2024 10:44 AM |
| NCDOJ003552 | Adobe Acrobat Document | 298 KB | No | 513 KB | 42% | 3/8/2024 10:44 AM |
| NCDOJ003553 | Adobe Acrobat Document | 310 KB | No | 524 KB | 41% | 3/8/2024 10:44 AM |
| NCDOJ003554 | Adobe Acrobat Document | 299 KB | No | 513 KB | 42% | 3/8/2024 10:44 AM |
| NCDOJ003555 | Adobe Acrobat Document | 376 KB | No | 586 KB | 36% | 3/8/2024 10:44 AM |
| NCDOJ003556 | Adobe Acrobat Document | 230 KB | No | 443 KB | 49% | 3/8/2024 10:44 AM |
| NCDOJ003557 | Adobe Acrobat Document | 310 KB | No | 523 KB | 41% | 3/8/2024 10:44 AM |
| NCDOJ003558 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003559 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003560 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003561 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003562 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003563 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003564 | Adobe Acrobat Document | 5 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003565 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003566 | Adobe Acrobat Document | 6 KB | No | 10 KB | 46% | 3/8/2024 10:44 AM |
| NCDOJ003567 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003568 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003569 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003570 | Adobe Acrobat Document | 5 KB | No | 10 KB | 47% | 3/8/2024 10:44 AM |
| NCDOJ003571 | Adobe Acrobat Document | 5 KB | No | 10 KB | 47% | 3/8/2024 10:45 AM |
| NCDOJ003572 | Adobe Acrobat Document | 6 KB | No | 10 KB | 47% | 3/8/2024 10:45 AM |
| NCDOJ003573 | Adobe Acrobat Document | 867 KB | No | 957 KB | 10% | 3/8/2024 10:45 AM |
| NCDOJ003574 | Adobe Acrobat Document | 498 KB | No | 617 KB | 20% | 3/8/2024 10:45 AM |
| NCDOJ003575 | Adobe Acrobat Document | 218 KB | No | 328 KB | 34% | 3/8/2024 10:45 AM |
| NCDOJ003576 | Adobe Acrobat Document | 423 KB | No | 548 KB | 23% | 3/8/2024 10:45 AM |
| NCDOJ003577 | Adobe Acrobat Document | 132 KB | No | 255 KB | 49% | 3/8/2024 10:45 AM |

173 items

0001

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ005 > images > 0001

Search 0001

New · Sort · View · Extract all · ··· · Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ003711 | Adobe Acrobat Document | 596 KB | No | 726 KB | 18% | 3/8/2024 10:50 AM |
| NCDOJ003712 | Adobe Acrobat Document | 32 KB | No | 273 KB | 89% | 3/8/2024 10:50 AM |
| NCDOJ003713 | Adobe Acrobat Document | 592 KB | No | 719 KB | 17% | 3/8/2024 10:50 AM |
| NCDOJ003714 | Adobe Acrobat Document | 175 KB | No | 285 KB | 39% | 3/8/2024 10:50 AM |
| NCDOJ003715 | Adobe Acrobat Document | 32 KB | No | 272 KB | 89% | 3/8/2024 10:50 AM |
| NCDOJ003716 | Adobe Acrobat Document | 658 KB | No | 791 KB | 17% | 3/8/2024 10:50 AM |
| NCDOJ003717 | Adobe Acrobat Document | 293 KB | No | 416 KB | 30% | 3/8/2024 10:50 AM |
| NCDOJ003718 | Adobe Acrobat Document | 32 KB | No | 273 KB | 89% | 3/8/2024 10:50 AM |
| NCDOJ003719 | Adobe Acrobat Document | 549 KB | No | 674 KB | 19% | 3/8/2024 10:50 AM |
| NCDOJ003720 | Adobe Acrobat Document | 645 KB | No | 768 KB | 17% | 3/8/2024 10:50 AM |
| NCDOJ003721 | Adobe Acrobat Document | 32 KB | No | 273 KB | 89% | 3/8/2024 10:50 AM |
| NCDOJ003722 | Adobe Acrobat Document | 647 KB | No | 780 KB | 18% | 3/8/2024 10:50 AM |
| NCDOJ003723 | Adobe Acrobat Document | 229 KB | No | 341 KB | 33% | 3/8/2024 10:50 AM |
| NCDOJ003724 | Adobe Acrobat Document | 32 KB | No | 273 KB | 89% | 3/8/2024 10:50 AM |
| NCDOJ003725 | Adobe Acrobat Document | 682 KB | No | 812 KB | 17% | 3/8/2024 10:50 AM |
| NCDOJ003726 | Adobe Acrobat Document | 375 KB | No | 496 KB | 25% | 3/8/2024 10:50 AM |
| NCDOJ003727 | Adobe Acrobat Document | 32 KB | No | 273 KB | 89% | 3/8/2024 10:50 AM |
| NCDOJ003728 | Adobe Acrobat Document | 666 KB | No | 815 KB | 19% | 3/8/2024 10:50 AM |
| NCDOJ003729 | Adobe Acrobat Document | 433 KB | No | 559 KB | 23% | 3/8/2024 10:50 AM |
| NCDOJ003730 | Adobe Acrobat Document | 32 KB | No | 273 KB | 89% | 3/8/2024 10:50 AM |
| NCDOJ003731 | Adobe Acrobat Document | 616 KB | No | 763 KB | 20% | 3/8/2024 10:50 AM |
| NCDOJ003732 | Adobe Acrobat Document | 668 KB | No | 795 KB | 16% | 3/8/2024 10:50 AM |
| NCDOJ003733 | Adobe Acrobat Document | 278 KB | No | 403 KB | 32% | 3/8/2024 10:50 AM |
| NCDOJ003734 | Adobe Acrobat Document | 32 KB | No | 273 KB | 89% | 3/8/2024 10:50 AM |

24 items

0001

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ007 > images > 0001

Search 0001

New | Sort | View | Extract all | ··· | Details

Home
Gallery
Valerie - Personal
Valerie - New South Law Firm

Downloads
Desktop
Screenshots
NCDOJ016
ncdoj017
NCDOJ011 07.31.2023

Creative Cloud Files Personal Account Valerie@
New South Law Firm
This PC
USB20FD (D:)
Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ003736 | Adobe Acrobat Document | 190 KB | No | 442 KB | 58% | 3/8/2024 10:53 AM |
| NCDOJ003737 | Adobe Acrobat Document | 234 KB | No | 482 KB | 52% | 3/8/2024 10:53 AM |
| NCDOJ003738 | Adobe Acrobat Document | 431 KB | No | 699 KB | 39% | 3/8/2024 10:53 AM |
| NCDOJ003739 | Adobe Acrobat Document | 320 KB | No | 585 KB | 46% | 3/8/2024 10:53 AM |
| NCDOJ003740 | Adobe Acrobat Document | 432 KB | No | 701 KB | 39% | 3/8/2024 10:53 AM |
| NCDOJ003741 | Adobe Acrobat Document | 105 KB | No | 351 KB | 71% | 3/8/2024 10:54 AM |
| NCDOJ003742 | Adobe Acrobat Document | 105 KB | No | 346 KB | 70% | 3/8/2024 10:54 AM |
| NCDOJ003743 | Adobe Acrobat Document | 431 KB | No | 699 KB | 39% | 3/8/2024 10:52 AM |
| NCDOJ003744 | Adobe Acrobat Document | 327 KB | No | 593 KB | 45% | 3/8/2024 10:52 AM |
| NCDOJ003745 | Adobe Acrobat Document | 231 KB | No | 479 KB | 52% | 3/8/2024 10:52 AM |
| NCDOJ003746 | Adobe Acrobat Document | 272 KB | No | 526 KB | 49% | 3/8/2024 10:52 AM |
| NCDOJ003747 | Adobe Acrobat Document | 218 KB | No | 469 KB | 54% | 3/8/2024 10:52 AM |
| NCDOJ003748 | Adobe Acrobat Document | 314 KB | No | 569 KB | 45% | 3/8/2024 10:52 AM |
| NCDOJ003749 | Adobe Acrobat Document | 294 KB | No | 552 KB | 47% | 3/8/2024 10:52 AM |
| NCDOJ003750 | Adobe Acrobat Document | 190 KB | No | 411 KB | 54% | 3/8/2024 10:52 AM |
| NCDOJ003751 | Adobe Acrobat Document | 312 KB | No | 526 KB | 41% | 3/8/2024 10:53 AM |
| NCDOJ003752 | Adobe Acrobat Document | 253 KB | No | 472 KB | 47% | 3/8/2024 10:53 AM |
| NCDOJ003753 | Adobe Acrobat Document | 83 KB | No | 309 KB | 74% | 3/8/2024 10:53 AM |
| NCDOJ003754 | Adobe Acrobat Document | 242 KB | No | 464 KB | 48% | 3/8/2024 10:53 AM |
| NCDOJ003755 | Adobe Acrobat Document | 215 KB | No | 434 KB | 51% | 3/8/2024 10:53 AM |
| NCDOJ003756 | Adobe Acrobat Document | 220 KB | No | 440 KB | 50% | 3/8/2024 10:53 AM |
| NCDOJ003757 | Adobe Acrobat Document | 240 KB | No | 492 KB | 52% | 3/8/2024 10:53 AM |
| NCDOJ003758 | Adobe Acrobat Document | 276 KB | No | 539 KB | 49% | 3/8/2024 10:53 AM |
| NCDOJ003759 | Adobe Acrobat Document | 226 KB | No | 474 KB | 53% | 3/8/2024 10:53 AM |
| NCDOJ003760 | Adobe Acrobat Document | 5 KB | No | 9 KB | 48% | 3/8/2024 10:53 AM |
| NCDOJ003761 | Adobe Acrobat Document | 5 KB | No | 9 KB | 49% | 3/8/2024 10:53 AM |
| NCDOJ003762 | Adobe Acrobat Document | 5 KB | No | 9 KB | 48% | 3/8/2024 10:53 AM |
| NCDOJ003763 | Adobe Acrobat Document | 5 KB | No | 9 KB | 48% | 3/8/2024 10:53 AM |
| NCDOJ003764 | Adobe Acrobat Document | 5 KB | No | 9 KB | 48% | 3/8/2024 10:53 AM |
| NCDOJ003765 | Adobe Acrobat Document | 5 KB | No | 9 KB | 48% | 3/8/2024 10:53 AM |
| NCDOJ003766 | Adobe Acrobat Document | 5 KB | No | 9 KB | 48% | 3/8/2024 10:53 AM |

31 items

0001

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ008 > images > 0001

Search 0001

New | Sort | View | Extract all | ... | Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ003767 | Adobe Acrobat Document | 357 KB | No | 407 KB | 13% | 3/8/2024 11:06 AM |
| NCDOJ003768 | Adobe Acrobat Document | 829 KB | No | 886 KB | 7% | 3/8/2024 11:06 AM |
| NCDOJ003769 | Adobe Acrobat Document | 520 KB | No | 569 KB | 9% | 3/8/2024 11:06 AM |
| NCDOJ003770 | Adobe Acrobat Document | 936 KB | No | 989 KB | 6% | 3/8/2024 11:06 AM |
| NCDOJ003771 | Adobe Acrobat Document | 818 KB | No | 873 KB | 7% | 3/8/2024 11:07 AM |
| NCDOJ003772 | Adobe Acrobat Document | 717 KB | No | 776 KB | 8% | 3/8/2024 10:55 AM |
| NCDOJ003773 | Adobe Acrobat Document | 907 KB | No | 966 KB | 7% | 3/8/2024 10:55 AM |
| NCDOJ003774 | Adobe Acrobat Document | 787 KB | No | 848 KB | 8% | 3/8/2024 10:55 AM |
| NCDOJ003775 | Adobe Acrobat Document | 991 KB | No | 1,062 KB | 7% | 3/8/2024 10:55 AM |
| NCDOJ003776 | Adobe Acrobat Document | 897 KB | No | 960 KB | 7% | 3/8/2024 10:55 AM |
| NCDOJ003777 | Adobe Acrobat Document | 974 KB | No | 1,034 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003778 | Adobe Acrobat Document | 445 KB | No | 497 KB | 11% | 3/8/2024 10:55 AM |
| NCDOJ003779 | Adobe Acrobat Document | 933 KB | No | 986 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003780 | Adobe Acrobat Document | 860 KB | No | 915 KB | 7% | 3/8/2024 10:55 AM |
| NCDOJ003781 | Adobe Acrobat Document | 846 KB | No | 900 KB | 7% | 3/8/2024 10:55 AM |
| NCDOJ003782 | Adobe Acrobat Document | 895 KB | No | 948 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003783 | Adobe Acrobat Document | 903 KB | No | 957 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003784 | Adobe Acrobat Document | 1,050 KB | No | 1,112 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003785 | Adobe Acrobat Document | 983 KB | No | 1,036 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003786 | Adobe Acrobat Document | 1,161 KB | No | 1,222 KB | 5% | 3/8/2024 10:55 AM |
| NCDOJ003787 | Adobe Acrobat Document | 1,208 KB | No | 1,268 KB | 5% | 3/8/2024 10:55 AM |
| NCDOJ003788 | Adobe Acrobat Document | 1,224 KB | No | 1,283 KB | 5% | 3/8/2024 10:55 AM |
| NCDOJ003789 | Adobe Acrobat Document | 997 KB | No | 1,062 KB | 7% | 3/8/2024 10:55 AM |
| NCDOJ003790 | Adobe Acrobat Document | 1,018 KB | No | 1,081 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003791 | Adobe Acrobat Document | 1,066 KB | No | 1,128 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003792 | Adobe Acrobat Document | 623 KB | No | 681 KB | 9% | 3/8/2024 10:55 AM |
| NCDOJ003793 | Adobe Acrobat Document | 628 KB | No | 731 KB | 15% | 3/8/2024 10:55 AM |
| NCDOJ003794 | Adobe Acrobat Document | 338 KB | No | 440 KB | 24% | 3/8/2024 10:55 AM |
| NCDOJ003795 | Adobe Acrobat Document | 639 KB | No | 738 KB | 14% | 3/8/2024 10:55 AM |
| NCDOJ003796 | Adobe Acrobat Document | 222 KB | No | 274 KB | 19% | 3/8/2024 10:55 AM |
| NCDOJ003797 | Adobe Acrobat Document | 712 KB | No | 806 KB | 12% | 3/8/2024 10:55 AM |
| NCDOJ003798 | Adobe Acrobat Document | 923 KB | No | 1,009 KB | 9% | 3/8/2024 10:55 AM |
| NCDOJ003799 | Adobe Acrobat Document | 1,092 KB | No | 1,158 KB | 6% | 3/8/2024 10:55 AM |
| NCDOJ003800 | Adobe Acrobat Document | 646 KB | No | 746 KB | 14% | 3/8/2024 10:55 AM |
| NCDOJ003801 | Adobe Acrobat Document | 665 KB | No | 735 KB | 9% | 3/8/2024 10:55 AM |
| NCDOJ003802 | Adobe Acrobat Document | 710 KB | No | 776 KB | 9% | 3/8/2024 10:55 AM |
| NCDOJ003803 | Adobe Acrobat Document | 795 KB | No | 859 KB | 8% | 3/8/2024 10:55 AM |
| NCDOJ003804 | Adobe Acrobat Document | 1,052 KB | No | 1,136 KB | 8% | 3/8/2024 10:55 AM |
| NCDOJ003805 | Adobe Acrobat Document | 111 KB | No | 155 KB | 29% | 3/8/2024 10:55 AM |
| NCDOJ003806 | Adobe Acrobat Document | 873 KB | No | 945 KB | 8% | 3/8/2024 10:55 AM |

672 items

0001

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ009 > images > 0001

Search 0001

New · Sort · View · Extract all · ··· · Details

Home
Gallery
Valerie - Personal
Valerie - New South Law Firm

Downloads
Desktop
Screenshots
NCDOJ016
ncdoj017
NCDOJ011 07.31.2023

Creative Cloud Files Personal Account Valerie@
New South Law Firm
This PC
USB20FD (D:)
Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ004439 | Adobe Acrobat Document | 901 KB | No | 1,025 KB | 13% | 3/8/2024 11:15 AM |
| NCDOJ004440 | Adobe Acrobat Document | 963 KB | No | 1,085 KB | 12% | 3/8/2024 11:15 AM |
| NCDOJ004441 | Adobe Acrobat Document | 1,192 KB | No | 1,272 KB | 7% | 3/8/2024 11:15 AM |
| NCDOJ004442 | Adobe Acrobat Document | 1,017 KB | No | 1,141 KB | 11% | 3/8/2024 11:15 AM |
| NCDOJ004443 | Adobe Acrobat Document | 918 KB | No | 1,076 KB | 15% | 3/8/2024 11:15 AM |
| NCDOJ004444 | Adobe Acrobat Document | 943 KB | No | 1,061 KB | 12% | 3/8/2024 11:10 AM |
| NCDOJ004445 | Adobe Acrobat Document | 1,386 KB | No | 1,462 KB | 6% | 3/8/2024 11:10 AM |
| NCDOJ004446 | Adobe Acrobat Document | 148 KB | No | 187 KB | 21% | 3/8/2024 11:10 AM |
| NCDOJ004447 | Adobe Acrobat Document | 838 KB | No | 852 KB | 2% | 3/8/2024 11:10 AM |
| NCDOJ004448 | Adobe Acrobat Document | 1,210 KB | No | 1,221 KB | 1% | 3/8/2024 11:10 AM |
| NCDOJ004449 | Adobe Acrobat Document | 1,188 KB | No | 1,199 KB | 1% | 3/8/2024 11:10 AM |
| NCDOJ004450 | Adobe Acrobat Document | 571 KB | No | 586 KB | 3% | 3/8/2024 11:10 AM |
| NCDOJ004451 | Adobe Acrobat Document | 564 KB | No | 592 KB | 4% | 3/8/2024 11:10 AM |
| NCDOJ004452 | Adobe Acrobat Document | 782 KB | No | 801 KB | 3% | 3/8/2024 11:10 AM |
| NCDOJ004453 | Adobe Acrobat Document | 960 KB | No | 985 KB | 2% | 3/8/2024 11:10 AM |
| NCDOJ004454 | Adobe Acrobat Document | 478 KB | No | 743 KB | 36% | 3/8/2024 11:10 AM |
| NCDOJ004455 | Adobe Acrobat Document | 688 KB | No | 703 KB | 3% | 3/8/2024 11:10 AM |
| NCDOJ004456 | Adobe Acrobat Document | 677 KB | No | 702 KB | 4% | 3/8/2024 11:10 AM |
| NCDOJ004457 | Adobe Acrobat Document | 403 KB | No | 680 KB | 41% | 3/8/2024 11:10 AM |
| NCDOJ004458 | Adobe Acrobat Document | 238 KB | No | 505 KB | 53% | 3/8/2024 11:10 AM |
| NCDOJ004459 | Adobe Acrobat Document | 796 KB | No | 940 KB | 16% | 3/8/2024 11:10 AM |
| NCDOJ004460 | Adobe Acrobat Document | 549 KB | No | 694 KB | 21% | 3/8/2024 11:10 AM |
| NCDOJ004461 | Adobe Acrobat Document | 1,023 KB | No | 1,174 KB | 13% | 3/8/2024 11:10 AM |
| NCDOJ004462 | Adobe Acrobat Document | 892 KB | No | 1,000 KB | 11% | 3/8/2024 11:10 AM |
| NCDOJ004463 | Adobe Acrobat Document | 894 KB | No | 981 KB | 9% | 3/8/2024 11:10 AM |
| NCDOJ004464 | Adobe Acrobat Document | 1,509 KB | No | 1,589 KB | 5% | 3/8/2024 11:10 AM |
| NCDOJ004465 | Adobe Acrobat Document | 42 KB | No | 79 KB | 47% | 3/8/2024 11:10 AM |
| NCDOJ004466 | Adobe Acrobat Document | 567 KB | No | 699 KB | 19% | 3/8/2024 11:10 AM |
| NCDOJ004467 | Adobe Acrobat Document | 962 KB | No | 1,040 KB | 8% | 3/8/2024 11:10 AM |
| NCDOJ004468 | Adobe Acrobat Document | 1,239 KB | No | 1,376 KB | 10% | 3/8/2024 11:10 AM |
| NCDOJ004469 | Adobe Acrobat Document | 1,108 KB | No | 1,204 KB | 8% | 3/8/2024 11:10 AM |
| NCDOJ004470 | Adobe Acrobat Document | 1,770 KB | No | 1,965 KB | 6% | 3/8/2024 11:11 AM |
| NCDOJ004471 | Adobe Acrobat Document | 1,179 KB | No | 1,281 KB | 8% | 3/8/2024 11:11 AM |
| NCDOJ004472 | Adobe Acrobat Document | 486 KB | No | 591 KB | 18% | 3/8/2024 11:11 AM |
| NCDOJ004473 | Adobe Acrobat Document | 757 KB | No | 984 KB | 24% | 3/8/2024 11:11 AM |
| NCDOJ004474 | Adobe Acrobat Document | 1,215 KB | No | 1,416 KB | 15% | 3/8/2024 11:11 AM |
| NCDOJ004475 | Adobe Acrobat Document | 1,641 KB | No | 1,672 KB | 2% | 3/8/2024 11:11 AM |
| NCDOJ004476 | Adobe Acrobat Document | 1,651 KB | No | 1,772 KB | 7% | 3/8/2024 11:11 AM |
| NCDOJ004477 | Adobe Acrobat Document | 1,735 KB | No | 1,853 KB | 7% | 3/8/2024 11:11 AM |
| NCDOJ004478 | Adobe Acrobat Document | 590 KB | No | 699 KB | 16% | 3/8/2024 11:11 AM |

301 items

0001

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ010 > images > 0001

Search 0001

New | Sort | View | Extract all | ... | Details

Home
Gallery
Valerie - Personal
Valerie - New South Law Firm

Downloads
Desktop
Screenshots
NCDOJ016
ncdoj017
NCDOJ011 07.31.2023

Creative Cloud Files Personal Account Valerie@
New South Law Firm
This PC
USB20FD (D:)
Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ004740 | Adobe Acrobat Document | 164 KB | No | 267 KB | 39% | 3/8/2024 11:47 AM |
| NCDOJ004741 | Adobe Acrobat Document | 865 KB | No | 1,000 KB | 14% | 3/8/2024 11:47 AM |
| NCDOJ004742 | Adobe Acrobat Document | 730 KB | No | 822 KB | 11% | 3/8/2024 11:47 AM |
| NCDOJ004743 | Adobe Acrobat Document | 827 KB | No | 906 KB | 9% | 3/8/2024 11:48 AM |
| NCDOJ004744 | Adobe Acrobat Document | 1,027 KB | No | 1,095 KB | 7% | 3/8/2024 11:48 AM |
| NCDOJ004745 | Adobe Acrobat Document | 899 KB | No | 969 KB | 8% | 3/8/2024 11:48 AM |
| NCDOJ004746 | Adobe Acrobat Document | 839 KB | No | 908 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004747 | Adobe Acrobat Document | 871 KB | No | 938 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004748 | Adobe Acrobat Document | 939 KB | No | 1,009 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004749 | Adobe Acrobat Document | 983 KB | No | 1,052 KB | 7% | 3/8/2024 11:46 AM |
| NCDOJ004750 | Adobe Acrobat Document | 873 KB | No | 946 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004751 | Adobe Acrobat Document | 722 KB | No | 811 KB | 11% | 3/8/2024 11:46 AM |
| NCDOJ004752 | Adobe Acrobat Document | 897 KB | No | 1,010 KB | 12% | 3/8/2024 11:46 AM |
| NCDOJ004753 | Adobe Acrobat Document | 843 KB | No | 956 KB | 12% | 3/8/2024 11:46 AM |
| NCDOJ004754 | Adobe Acrobat Document | 189 KB | No | 239 KB | 21% | 3/8/2024 11:46 AM |
| NCDOJ004755 | Adobe Acrobat Document | 884 KB | No | 1,028 KB | 14% | 3/8/2024 11:46 AM |
| NCDOJ004756 | Adobe Acrobat Document | 727 KB | No | 815 KB | 11% | 3/8/2024 11:46 AM |
| NCDOJ004757 | Adobe Acrobat Document | 1,020 KB | No | 1,091 KB | 7% | 3/8/2024 11:46 AM |
| NCDOJ004758 | Adobe Acrobat Document | 947 KB | No | 1,023 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004759 | Adobe Acrobat Document | 909 KB | No | 986 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004760 | Adobe Acrobat Document | 878 KB | No | 948 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004761 | Adobe Acrobat Document | 872 KB | No | 944 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004762 | Adobe Acrobat Document | 915 KB | No | 988 KB | 8% | 3/8/2024 11:46 AM |
| NCDOJ004763 | Adobe Acrobat Document | 851 KB | No | 932 KB | 9% | 3/8/2024 11:46 AM |
| NCDOJ004764 | Adobe Acrobat Document | 558 KB | No | 627 KB | 11% | 3/8/2024 11:46 AM |
| NCDOJ004765 | Adobe Acrobat Document | 721 KB | No | 836 KB | 14% | 3/8/2024 11:47 AM |
| NCDOJ004766 | Adobe Acrobat Document | 760 KB | No | 877 KB | 14% | 3/8/2024 11:47 AM |
| NCDOJ004767 | Adobe Acrobat Document | 523 KB | No | 609 KB | 15% | 3/8/2024 11:47 AM |
| NCDOJ004768 | Adobe Acrobat Document | 848 KB | No | 958 KB | 12% | 3/8/2024 11:47 AM |
| NCDOJ004769 | Adobe Acrobat Document | 585 KB | No | 677 KB | 14% | 3/8/2024 11:47 AM |
| NCDOJ004770 | Adobe Acrobat Document | 653 KB | No | 848 KB | 23% | 3/8/2024 11:47 AM |
| NCDOJ004771 | Adobe Acrobat Document | 749 KB | No | 839 KB | 11% | 3/8/2024 11:47 AM |
| NCDOJ004772 | Adobe Acrobat Document | 1,074 KB | No | 1,198 KB | 10% | 3/8/2024 11:47 AM |
| NCDOJ004773 | Adobe Acrobat Document | 1,117 KB | No | 1,210 KB | 8% | 3/8/2024 11:47 AM |
| NCDOJ004774 | Adobe Acrobat Document | 1,155 KB | No | 1,241 KB | 7% | 3/8/2024 11:47 AM |
| NCDOJ004775 | Adobe Acrobat Document | 1,091 KB | No | 1,192 KB | 9% | 3/8/2024 11:47 AM |
| NCDOJ004776 | Adobe Acrobat Document | 1,044 KB | No | 1,128 KB | 8% | 3/8/2024 11:47 AM |
| NCDOJ004777 | Adobe Acrobat Document | 724 KB | No | 797 KB | 10% | 3/8/2024 11:47 AM |
| NCDOJ004778 | Adobe Acrobat Document | 836 KB | No | 984 KB | 15% | 3/8/2024 11:47 AM |
| NCDOJ004779 | Adobe Acrobat Document | 760 KB | No | 842 KB | 10% | 3/8/2024 11:47 AM |

85 items

0001

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ012 > images > 0001

Search 0001

New · Sort · View · Extract all · ··· · Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ004889 | Adobe Acrobat Document | 640 KB | No | 850 KB | 25% | 3/8/2024 12:12 PM |
| NCDOJ004890 | Adobe Acrobat Document | 217 KB | No | 378 KB | 43% | 3/8/2024 12:12 PM |
| NCDOJ004891 | Adobe Acrobat Document | 656 KB | No | 864 KB | 25% | 3/8/2024 12:12 PM |
| NCDOJ004892 | Adobe Acrobat Document | 645 KB | No | 765 KB | 16% | 3/8/2024 12:12 PM |
| NCDOJ004893 | Adobe Acrobat Document | 513 KB | No | 669 KB | 24% | 3/8/2024 12:12 PM |
| NCDOJ004894 | Adobe Acrobat Document | 510 KB | No | 617 KB | 18% | 3/8/2024 12:12 PM |
| NCDOJ004895 | Adobe Acrobat Document | 711 KB | No | 906 KB | 22% | 3/8/2024 11:49 AM |
| NCDOJ004896 | Adobe Acrobat Document | 736 KB | No | 906 KB | 19% | 3/8/2024 11:49 AM |
| NCDOJ004897 | Adobe Acrobat Document | 167 KB | No | 217 KB | 24% | 3/8/2024 11:49 AM |
| NCDOJ004898 | Adobe Acrobat Document | 582 KB | No | 783 KB | 26% | 3/8/2024 11:49 AM |
| NCDOJ004899 | Adobe Acrobat Document | 443 KB | No | 585 KB | 25% | 3/8/2024 11:49 AM |
| NCDOJ004900 | Adobe Acrobat Document | 426 KB | No | 559 KB | 24% | 3/8/2024 11:49 AM |
| NCDOJ004901 | Adobe Acrobat Document | 432 KB | No | 569 KB | 25% | 3/8/2024 11:49 AM |
| NCDOJ004902 | Adobe Acrobat Document | 327 KB | No | 457 KB | 29% | 3/8/2024 11:49 AM |
| NCDOJ004903 | Adobe Acrobat Document | 268 KB | No | 399 KB | 33% | 3/8/2024 11:49 AM |
| NCDOJ004904 | Adobe Acrobat Document | 327 KB | No | 477 KB | 32% | 3/8/2024 11:49 AM |
| NCDOJ004905 | Adobe Acrobat Document | 299 KB | No | 445 KB | 33% | 3/8/2024 11:49 AM |
| NCDOJ004906 | Adobe Acrobat Document | 579 KB | No | 741 KB | 22% | 3/8/2024 11:49 AM |
| NCDOJ004907 | Adobe Acrobat Document | 148 KB | No | 261 KB | 44% | 3/8/2024 11:49 AM |
| NCDOJ004908 | Adobe Acrobat Document | 216 KB | No | 339 KB | 37% | 3/8/2024 11:49 AM |
| NCDOJ004909 | Adobe Acrobat Document | 439 KB | No | 602 KB | 28% | 3/8/2024 11:49 AM |
| NCDOJ004910 | Adobe Acrobat Document | 245 KB | No | 365 KB | 34% | 3/8/2024 11:49 AM |
| NCDOJ004911 | Adobe Acrobat Document | 601 KB | No | 755 KB | 21% | 3/8/2024 11:49 AM |
| NCDOJ004912 | Adobe Acrobat Document | 327 KB | No | 453 KB | 28% | 3/8/2024 11:49 AM |
| NCDOJ004913 | Adobe Acrobat Document | 423 KB | No | 570 KB | 26% | 3/8/2024 11:49 AM |
| NCDOJ004914 | Adobe Acrobat Document | 958 KB | No | 1,170 KB | 19% | 3/8/2024 11:49 AM |
| NCDOJ004915 | Adobe Acrobat Document | 519 KB | No | 685 KB | 25% | 3/8/2024 11:49 AM |
| NCDOJ004916 | Adobe Acrobat Document | 807 KB | No | 976 KB | 18% | 3/8/2024 11:49 AM |
| NCDOJ004917 | Adobe Acrobat Document | 626 KB | No | 838 KB | 26% | 3/8/2024 11:49 AM |
| NCDOJ004918 | Adobe Acrobat Document | 619 KB | No | 808 KB | 24% | 3/8/2024 11:49 AM |
| NCDOJ004919 | Adobe Acrobat Document | 532 KB | No | 690 KB | 23% | 3/8/2024 11:49 AM |
| NCDOJ004920 | Adobe Acrobat Document | 635 KB | No | 814 KB | 23% | 3/8/2024 11:49 AM |
| NCDOJ004921 | Adobe Acrobat Document | 857 KB | No | 1,044 KB | 18% | 3/8/2024 11:49 AM |
| NCDOJ004922 | Adobe Acrobat Document | 623 KB | No | 809 KB | 23% | 3/8/2024 11:49 AM |
| NCDOJ004923 | Adobe Acrobat Document | 597 KB | No | 772 KB | 23% | 3/8/2024 11:49 AM |
| NCDOJ004924 | Adobe Acrobat Document | 401 KB | No | 563 KB | 29% | 3/8/2024 11:49 AM |
| NCDOJ004925 | Adobe Acrobat Document | 559 KB | No | 731 KB | 24% | 3/8/2024 11:49 AM |
| NCDOJ004926 | Adobe Acrobat Document | 340 KB | No | 509 KB | 34% | 3/8/2024 11:49 AM |
| NCDOJ004927 | Adobe Acrobat Document | 387 KB | No | 540 KB | 29% | 3/8/2024 11:49 AM |
| NCDOJ004928 | Adobe Acrobat Document | 372 KB | No | 524 KB | 30% | 3/8/2024 11:49 AM |

1,000 items

0002

Downloads › Defendant North Carolina Department of Justice Converted Document Productions › NCDOJ012 › images › 0002

Search 0002

New · Sort · View · Extract all · ··· · Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ005889 | Adobe Acrobat Document | 195 KB | No | 337 KB | 43% | 3/8/2024 12:17 PM |
| NCDOJ005890 | Adobe Acrobat Document | 286 KB | No | 440 KB | 35% | 3/8/2024 12:17 PM |
| NCDOJ005891 | Adobe Acrobat Document | 184 KB | No | 313 KB | 42% | 3/8/2024 12:17 PM |
| NCDOJ005892 | Adobe Acrobat Document | 345 KB | No | 505 KB | 32% | 3/8/2024 12:17 PM |
| NCDOJ005893 | Adobe Acrobat Document | 237 KB | No | 385 KB | 39% | 3/8/2024 12:17 PM |
| NCDOJ005894 | Adobe Acrobat Document | 461 KB | No | 613 KB | 25% | 3/8/2024 12:17 PM |
| NCDOJ005895 | Adobe Acrobat Document | 310 KB | No | 459 KB | 33% | 3/8/2024 12:17 PM |
| NCDOJ005896 | Adobe Acrobat Document | 399 KB | No | 549 KB | 28% | 3/8/2024 12:17 PM |
| NCDOJ005897 | Adobe Acrobat Document | 276 KB | No | 422 KB | 35% | 3/8/2024 12:17 PM |
| NCDOJ005898 | Adobe Acrobat Document | 318 KB | No | 467 KB | 33% | 3/8/2024 12:15 PM |
| NCDOJ005899 | Adobe Acrobat Document | 173 KB | No | 297 KB | 42% | 3/8/2024 12:15 PM |
| NCDOJ005900 | Adobe Acrobat Document | 368 KB | No | 506 KB | 28% | 3/8/2024 12:15 PM |
| NCDOJ005901 | Adobe Acrobat Document | 463 KB | No | 615 KB | 25% | 3/8/2024 12:15 PM |
| NCDOJ005902 | Adobe Acrobat Document | 309 KB | No | 459 KB | 33% | 3/8/2024 12:15 PM |
| NCDOJ005903 | Adobe Acrobat Document | 400 KB | No | 549 KB | 28% | 3/8/2024 12:15 PM |
| NCDOJ005904 | Adobe Acrobat Document | 271 KB | No | 412 KB | 35% | 3/8/2024 12:15 PM |
| NCDOJ005905 | Adobe Acrobat Document | 316 KB | No | 464 KB | 33% | 3/8/2024 12:15 PM |
| NCDOJ005906 | Adobe Acrobat Document | 171 KB | No | 297 KB | 43% | 3/8/2024 12:15 PM |
| NCDOJ005907 | Adobe Acrobat Document | 365 KB | No | 503 KB | 28% | 3/8/2024 12:15 PM |
| NCDOJ005908 | Adobe Acrobat Document | 302 KB | No | 440 KB | 32% | 3/8/2024 12:15 PM |
| NCDOJ005909 | Adobe Acrobat Document | 623 KB | No | 762 KB | 19% | 3/8/2024 12:15 PM |
| NCDOJ005910 | Adobe Acrobat Document | 452 KB | No | 611 KB | 27% | 3/8/2024 12:15 PM |
| NCDOJ005911 | Adobe Acrobat Document | 684 KB | No | 885 KB | 23% | 3/8/2024 12:15 PM |
| NCDOJ005912 | Adobe Acrobat Document | 479 KB | No | 607 KB | 22% | 3/8/2024 12:15 PM |
| NCDOJ005913 | Adobe Acrobat Document | 224 KB | No | 351 KB | 37% | 3/8/2024 12:15 PM |
| NCDOJ005914 | Adobe Acrobat Document | 80 KB | No | 194 KB | 59% | 3/8/2024 12:16 PM |
| NCDOJ005915 | Adobe Acrobat Document | 296 KB | No | 435 KB | 32% | 3/8/2024 12:16 PM |
| NCDOJ005916 | Adobe Acrobat Document | 630 KB | No | 770 KB | 19% | 3/8/2024 12:16 PM |
| NCDOJ005917 | Adobe Acrobat Document | 456 KB | No | 613 KB | 26% | 3/8/2024 12:16 PM |
| NCDOJ005918 | Adobe Acrobat Document | 671 KB | No | 877 KB | 24% | 3/8/2024 12:16 PM |
| NCDOJ005919 | Adobe Acrobat Document | 480 KB | No | 607 KB | 21% | 3/8/2024 12:16 PM |
| NCDOJ005920 | Adobe Acrobat Document | 224 KB | No | 351 KB | 37% | 3/8/2024 12:16 PM |
| NCDOJ005921 | Adobe Acrobat Document | 79 KB | No | 193 KB | 60% | 3/8/2024 12:16 PM |
| NCDOJ005922 | Adobe Acrobat Document | 773 KB | No | 917 KB | 16% | 3/8/2024 12:16 PM |
| NCDOJ005923 | Adobe Acrobat Document | 613 KB | No | 753 KB | 19% | 3/8/2024 12:16 PM |
| NCDOJ005924 | Adobe Acrobat Document | 227 KB | No | 283 KB | 20% | 3/8/2024 12:16 PM |
| NCDOJ005925 | Adobe Acrobat Document | 131 KB | No | 247 KB | 48% | 3/8/2024 12:16 PM |
| NCDOJ005926 | Adobe Acrobat Document | 559 KB | No | 785 KB | 29% | 3/8/2024 12:16 PM |
| NCDOJ005927 | Adobe Acrobat Document | 559 KB | No | 752 KB | 26% | 3/8/2024 12:16 PM |
| NCDOJ005928 | Adobe Acrobat Document | 453 KB | No | 594 KB | 24% | 3/8/2024 12:16 PM |

145 items

0001 ×  +

Downloads > Defendant North Carolina Department of Justice Converted Document Productions > NCDOJ013 > images > 0001

Search 0001

New  Sort  View  Extract all  ···  Details

- Home
- Gallery
- Valerie - Personal
- Valerie - New South Law Firm
- Downloads
- Desktop
- Screenshots
- NCDOJ016
- ncdoj017
- NCDOJ011 07.31.2023
- Creative Cloud Files Personal Account Valerie@
- New South Law Firm
- This PC
- USB20FD (D:)
- Network

| Name | Type | Compressed size | Password prot... | Size | Ratio | Date modified |
|---|---|---|---|---|---|---|
| NCDOJ006034 | Adobe Acrobat Document | 2,929 KB | No | 2,977 KB | 2% | 3/8/2024 12:28 PM |
| NCDOJ006035 | Adobe Acrobat Document | 1,229 KB | No | 1,293 KB | 5% | 3/8/2024 12:28 PM |
| NCDOJ006036 | Adobe Acrobat Document | 390 KB | No | 443 KB | 12% | 3/8/2024 12:28 PM |
| NCDOJ006037 | Adobe Acrobat Document | 1,102 KB | No | 1,169 KB | 6% | 3/8/2024 12:28 PM |
| NCDOJ006038 | Adobe Acrobat Document | 1,785 KB | No | 1,857 KB | 4% | 3/8/2024 12:20 PM |
| NCDOJ006039 | Adobe Acrobat Document | 872 KB | No | 931 KB | 7% | 3/8/2024 12:20 PM |
| NCDOJ006040 | Adobe Acrobat Document | 1,253 KB | No | 1,317 KB | 5% | 3/8/2024 12:20 PM |
| NCDOJ006041 | Adobe Acrobat Document | 938 KB | No | 994 KB | 6% | 3/8/2024 12:20 PM |
| NCDOJ006042 | Adobe Acrobat Document | 1,207 KB | No | 1,269 KB | 5% | 3/8/2024 12:20 PM |
| NCDOJ006043 | Adobe Acrobat Document | 1,203 KB | No | 1,269 KB | 6% | 3/8/2024 12:20 PM |
| NCDOJ006044 | Adobe Acrobat Document | 2,095 KB | No | 2,161 KB | 4% | 3/8/2024 12:20 PM |
| NCDOJ006045 | Adobe Acrobat Document | 1,344 KB | No | 1,403 KB | 5% | 3/8/2024 12:20 PM |
| NCDOJ006046 | Adobe Acrobat Document | 1,476 KB | No | 1,533 KB | 4% | 3/8/2024 12:20 PM |
| NCDOJ006047 | Adobe Acrobat Document | 692 KB | No | 751 KB | 8% | 3/8/2024 12:20 PM |
| NCDOJ006048 | Adobe Acrobat Document | 1,003 KB | No | 1,068 KB | 7% | 3/8/2024 12:20 PM |
| NCDOJ006049 | Adobe Acrobat Document | 406 KB | No | 456 KB | 12% | 3/8/2024 12:20 PM |
| NCDOJ006050 | Adobe Acrobat Document | 985 KB | No | 1,042 KB | 6% | 3/8/2024 12:20 PM |
| NCDOJ006051 | Adobe Acrobat Document | 1,035 KB | No | 1,100 KB | 6% | 3/8/2024 12:20 PM |
| NCDOJ006052 | Adobe Acrobat Document | 1,103 KB | No | 1,168 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006053 | Adobe Acrobat Document | 1,078 KB | No | 1,144 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006054 | Adobe Acrobat Document | 1,235 KB | No | 1,297 KB | 5% | 3/8/2024 12:21 PM |
| NCDOJ006055 | Adobe Acrobat Document | 1,228 KB | No | 1,292 KB | 5% | 3/8/2024 12:21 PM |
| NCDOJ006056 | Adobe Acrobat Document | 1,834 KB | No | 1,908 KB | 4% | 3/8/2024 12:21 PM |
| NCDOJ006057 | Adobe Acrobat Document | 1,295 KB | No | 1,359 KB | 5% | 3/8/2024 12:21 PM |
| NCDOJ006058 | Adobe Acrobat Document | 1,252 KB | No | 1,313 KB | 5% | 3/8/2024 12:21 PM |
| NCDOJ006059 | Adobe Acrobat Document | 1,465 KB | No | 1,523 KB | 4% | 3/8/2024 12:21 PM |
| NCDOJ006060 | Adobe Acrobat Document | 2,939 KB | No | 3,013 KB | 3% | 3/8/2024 12:21 PM |
| NCDOJ006061 | Adobe Acrobat Document | 2,489 KB | No | 2,553 KB | 3% | 3/8/2024 12:21 PM |
| NCDOJ006062 | Adobe Acrobat Document | 1,316 KB | No | 1,379 KB | 5% | 3/8/2024 12:21 PM |
| NCDOJ006063 | Adobe Acrobat Document | 1,252 KB | No | 1,319 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006064 | Adobe Acrobat Document | 864 KB | No | 920 KB | 7% | 3/8/2024 12:21 PM |
| NCDOJ006065 | Adobe Acrobat Document | 1,301 KB | No | 1,365 KB | 5% | 3/8/2024 12:21 PM |
| NCDOJ006066 | Adobe Acrobat Document | 1,141 KB | No | 1,204 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006067 | Adobe Acrobat Document | 991 KB | No | 1,046 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006068 | Adobe Acrobat Document | 1,116 KB | No | 1,182 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006069 | Adobe Acrobat Document | 925 KB | No | 982 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006070 | Adobe Acrobat Document | 899 KB | No | 955 KB | 6% | 3/8/2024 12:21 PM |
| NCDOJ006071 | Adobe Acrobat Document | 1,277 KB | No | 1,338 KB | 5% | 3/8/2024 12:21 PM |
| NCDOJ006072 | Adobe Acrobat Document | 1,436 KB | No | 1,495 KB | 4% | 3/8/2024 12:21 PM |
| NCDOJ006073 | Adobe Acrobat Document | 1,387 KB | No | 1,447 KB | 5% | 3/8/2024 12:21 PM |

476 items































