IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-371-BO

| | | |
|---|---|---|
| SONYA CALLOWAY-DURHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NC DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

As a result of the court-hosted settlement conference held on September 16, 2024, the parties have reached an agreement to settle all matters in controversy and shall consummate the settlement and file the appropriate documents to dismiss all claims by no later than **Monday, November 18, 2024**.

SO ORDERED, the 17th day of September, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge