IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-000371-BO

| | |
|---|---|
| SONYA CALLOWAY-DURHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| N.C. DEPARTMENT OF JUSTICE, JOSHUA STEIIN, in his individual and official capacity as Attorney General, LESLIE COOLEY DISMUKES, in her individual and official capacity as Criminal Bureau Chief, SHANNAN CASSELL, in her individual and official capacity as former Civil Bureau Chief, and ALAN DANIELLE MARQUIS ELDER, in her individual and official capacity as Senior Deputy Attorney General, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this Stipulation of Dismissal with Prejudice, and dismisses with prejudice each and every claim in this action.

[signature page follows]

Respectfully submitted, the 18th day of October 2024.

| | |
|---|---|
| /S/ VALERIE BATEMAN<br>Valerie L. Bateman<br>NC State Bar: 13417<br>valerie@newsouthlawfirm.com | /S/ SHANNON R. JOSEPH<br>Shannon R. Joseph NC<br>State Bar No. 22144<br>sjoseph@morningstarlawgroup.com |
| /S/ JUNE K. ALLISON<br>June K. Allison<br>NC State Bar: 9673<br>june@newsouthlawfirm.com | Amie Flowers Carmack<br>NC State Bar No. 21970<br>acarmack@morningstarlawgroup.com<br>MORNINGSTAR LAW GROUP<br>421 Fayetteville Rd., Suite 530<br>Raleigh, NC 27601<br>Tel: 919-590-0370<br>Fax:919-882-88890 |
| /S/ HEATHER A. BENJAMIN<br>Heather A. Benjamin<br>N.C. State Bar: 23238<br>heather@newsouthlawfirm.com | |
| NEW SOUTH LAW FIRM<br>209 Lloyd St., Ste 350<br>Carrboro, NC  27510 | /S/ JEFFREY L. ROETHER<br>Jeffrey L. Roether<br>NC State Bar No. 48229<br>MORNINGSTAR LAW GROUP<br>jroether@morningstarlawgroup.com 700<br>W. Main St.<br>Durham, NC 27701<br>Tel: 919-590-0368 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |